IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | **CIVIL ACTION 6:20-cv-00454-ADA** |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00455-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00456-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00457-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00458-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00459-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00460-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00461-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00462-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00463-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00464-ADA** |
| **MICROSOFT CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00465-ADA** |
| *Defendant.* | § | |

## WSOU'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF PROPOSED CLAIM CONSTRUCTIONS

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 5, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim constructions on Defendant Microsoft Corporation via electronic mail on December 4, 2020.

Date:  December 4, 2020	Respectfully submitted,

                                                      By:  */s/ Mark D. Siegmund*_____
                                                     Mark D. Siegmund
                                                     State Bar No. 24117055
                                                     mark@waltfairpllc.com
                                                     **Law Firm of Walt, Fair PLLC.**
                                                     1508 North Valley Mills Drive
                                                     Waco, Texas 76710
                                                     Telephone: (254) 772-6400
                                                     Facsimile: (254) 772-6432

                                                   *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 4th day of December 2020.

                                                   /s/ *Mark D. Siegmund*
                                                   Mark D. Siegmund