# Exhibit 1

| | |
|---|---|
| **From:** | Oliver, Kevin R. |
| **To:** | mark.wattfairpllc.com |
| **Cc:** | Barry Shelton; Sidley - WSOU Litigation; Ryan Loveless; Jim Etheridge; Yang, Irene |
| **Subject:** | RE: Re: WSOU - Microsoft - Markman Briefing |
| **Date:** | Tuesday, December 29, 2020 5:48:59 PM |
| **Attachments:** | image001.png |

Counsel,

After further review, Microsoft no longer believes that the "AAA function capable" / "equipped to carry out authentication, authorization and accounting (AAA) functions for the network" / "equipped to conduct authentication, authorization and accounting (AAA) functions for the network" terms from the '702 Patent require construction, and proposes dropping them from the parties' briefing.  In addition, Microsoft proposes dropping the term "the AAA functions."  Microsoft no longer intends to pursue a construction of "the AAA functions" requiring AAA to refer to all three of authentication, authorization, and accounting functions, and Microsoft does not contest that, as recited in claim 1, "the AAA functions" has antecedent reference to the statement in the preamble, "… authentication, authorization, and accounting functionality."

Best,
Kevin
**KEVIN R. OLIVER**
Associate

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
+1 212 839 6721
kevin.oliver@sidley.com
www.sidley.com

**SIDLEY**