**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,** | § § § | **CIVIL ACTION 6:20-CV-00454-ADA** <br> **CIVIL ACTION 6:20-CV-00455-ADA** <br> **CIVIL ACTION 6:20-CV-00456-ADA** |

WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,

  *Plaintiff*,

v.

MICROSOFT CORPORATION,

  *Defendant.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION 6:20-CV-00454-ADA
CIVIL ACTION 6:20-CV-00455-ADA
CIVIL ACTION 6:20-CV-00456-ADA
CIVIL ACTION 6:20-CV-00457-ADA
CIVIL ACTION 6:20-CV-00458-ADA
CIVIL ACTION 6:20-CV-00459-ADA
CIVIL ACTION 6:20-CV-00460-ADA
CIVIL ACTION 6:20-CV-00461-ADA
CIVIL ACTION 6:20-CV-00462-ADA
CIVIL ACTION 6:20-CV-00463-ADA
CIVIL ACTION 6:20-CV-00464-ADA
CIVIL ACTION 6:20-CV-00465-ADA


**JURY TRIAL DEMANDED**

## JOINT NOTICE CONCERNING AGREEMENT TO EXTEND DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time to streamline the cases, to reduce the number of claims and prior art references currently at issue, to provide the parties more time to resolve outstanding discovery disputes, and additional time to complete depositions and further prepare for trial and expert discovery.  The Parties have jointly agreed to modify the schedule as follows:

| Event | -455, -457, -459, -463 (Xbox & HoloLens) | -456, -458, -460, -462, -464, 454, -465, -461 (Skype, Azure Monitor, NPM, NPS) |
|---|---|---|
| Close of Fact Discovery | 10/29/2021 | 11/15/2021 |
| Opening Expert Reports | 11/8/2021 | 11/22/2021 |
| Rebuttal Expert Reports | 12/6/2021 | 12/20/2021 |
| Close of Expert Discovery | 1/6/2022 | 1/18/2022 |
| Dispositive Motion Deadline | 1/18/2022 | 1/31/2022 |
| Serve Pretrial Disclosures | 1/31/2022 | 2/14/2022 |
| Objections/Rebuttal Disclosures | 2/14/2022 | 2/28/2022 |
| Motions In Limine | 2/22/2022 | 3/7/2022 |
| Joint Pretrial Order/Submissions | 2/28/2022 | 3/14/2022 |
| Remaining Pretrial Objections | 3/14/2022 | 3/31/2022 |
| Proposed Final Pretrial Conference | 3/17/2022 | 4/4/2022 |
| Proposed Trial | 4/5/2022 | 4/18/2022 |

Date:  September 15, 2021

Respectfully submitted,

*/s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432

James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFF WSOU
INVESTMENTS, LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT**

Date:  September 15, 2021

Respectfully submitted,

*/s/ Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Telephone: (512) 263-2165
Fax: (512) 263-2166
bshelton@sheltoncoburn.com

*Of Counsel*

Michael J. Bettinger
Irene Yang
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400
mbettinger@sidley.com
irene.yang@sidley.com

Richard A. Cederoth
John W. McBride
SIDLEY AUSTIN LLP
1 South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
rcederoth@sidley.com
jwmcbride@sidley.com

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on September 15, 2021.

*/s/ Barry K. Shelton*
Barry K. Shelton