**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MICROSOFT CORPORATION,**<br><br>*Defendant.* | § CIVIL ACTION 6:20-CV-00454-ADA<br>§ CIVIL ACTION 6:20-CV-00455-ADA<br>§ CIVIL ACTION 6:20-CV-00456-ADA<br>§ CIVIL ACTION 6:20-CV-00457-ADA<br>§ CIVIL ACTION 6:20-CV-00458-ADA<br>§ CIVIL ACTION 6:20-CV-00459-ADA<br>§ CIVIL ACTION 6:20-CV-00460-ADA<br>§ CIVIL ACTION 6:20-CV-00461-ADA<br>§ CIVIL ACTION 6:20-CV-00462-ADA<br>§ CIVIL ACTION 6:20-CV-00463-ADA<br>§ CIVIL ACTION 6:20-CV-00464-ADA<br>§ CIVIL ACTION 6:20-CV-00465-ADA<br>§<br>§<br>§<br>§ **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES**

The Court, having considered the Joint Motion to Reset Pretrial Conference and Trial Dates, hereby ORDERS that the motion is GRANTED.

The final pretrial conference for cases 6:20-CV-00455, -457, -459, and -463 is reset to March 17, 2022, and trial in cases 6:20-CV-00455, -457, -459, and -463 is reset to April 5, 2022. The final pretrial conference for the remaining cases is reset to April 4, 2022, and trial for the remaining cases is reset to April 18, 2022.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE