IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00454-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00455-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00456-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00457-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00458-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00459-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00460-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00461-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00462-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00463-ADA** |
| **MICROSOFT CORPORATION,** | § | **CIVIL ACTION 6:20-cv-00464-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-00465-ADA** |

**UNOPPOSED MOTION FOR WITHDRAWAL OF
COUNSEL FROM CASE**

**TO THE HONORABLE COURT:**

Counsel for Plaintiff WSOU Investments, LLC ("WSOU"), James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, Brian M. Koide, and Nathan K. Cummings, and their firm Etheridge Law Group, PPLC, hereby move to withdraw as counsel of record for Plaintiff.

The lawyers with Sussman Godfrey, LLP and Mark Siegmund with Steckler Wayne Cochran Cherry will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defense counsel is not opposed to this motion. Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

DATED:  November  30, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/James L. Etheridge

　　　　　　　　　　　　　　　　　　James L. Etheridge
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24059147
　　　　　　　　　　　　　　　　　　Ryan S. Loveless
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24036997
　　　　　　　　　　　　　　　　　　Travis L. Richins
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24061296
　　　　　　　　　　　　　　　　　　Brett A. Mangrum
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24065671
　　　　　　　　　　　　　　　　　　Jeffrey Huang
　　　　　　　　　　　　　　　　　　Brian M. Koide
　　　　　　　　　　　　　　　　　　Nathan K. Cummings
　　　　　　　　　　　　　　　　　　ETHERIDGE LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　　Southlake, Texas 76092
　　　　　　　　　　　　　　　　　　Telephone: (817) 470-7249
　　　　　　　　　　　　　　　　　　Facsimile: (817) 887-5950
　　　　　　　　　　　　　　　　　　Jim@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　Ryan@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　Travis@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　Brett@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　JeffH@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　Brian@EtheridgeLaw.com
　　　　　　　　　　　　　　　　　　Nathan@EtheridgeLaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff WSOU Investments, LLC*

### Certificate of Conference

　　　I hereby certify that on November 30, 2021, I, James Etheridge, conferred with Defendant regarding Etheridge Law Group's withdrawal from the case. Defendants are unopposed to this motion.

　　　　　　　　　　　　　　　　　　By:  /s/James L. Etheridge
　　　　　　　　　　　　　　　　　　　　　　James L. Etheridge

## Certificate of Service

    I hereby certify that on November 30, 2021, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

By: */s/James L. Etheridge*
James L. Etheridge
