IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00454-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00455-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00456-ADA |
| | § | CIVIL ACTION 6:20-cv-00457-ADA |
| | § | CIVIL ACTION 6:20-cv-00458-ADA |
| | § | CIVIL ACTION 6:20-cv-00459-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00460-ADA |
| | § | CIVIL ACTION 6:20-cv-00461-ADA |
| | § | CIVIL ACTION 6:20-cv-00462-ADA |
| | § | CIVIL ACTION 6:20-cv-00463-ADA |
| MICROSOFT CORPORATION, | § | CIVIL ACTION 6:20-cv-00464-ADA |
| *Defendant.* | § | CIVIL ACTION 6:20-cv-00465-ADA |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

Plaintiff's Unopposed Motion to Withdraw James L. Etheridge, Ryan S. Loveless, Travis L. Richins, Brett A. Mangrum, Jeffrey Huang, Brian M. Koide, and Nathan K. Cummings is GRANTED. The clerk is requested to remove such counsel from all service lists including the CM/ECF system.

Signed this _____ day of _____, 2021.

_____
Honorable Alan D Albright
United States District Judge