IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   *Plaintiff,*<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>   *Defendant.* | CIVIL ACTION 6:20-CV-00454-ADA<br>CIVIL ACTION 6:20-CV-00461-ADA<br>CIVIL ACTION 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE CONCERNING AGREEMENT TO EXTEND DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Joint Notice to memorialize their agreement to extend case deadlines. The Parties have agreed to adjust the Scheduling Order to complete expert depositions in Case Nos. 6:20-cv-454, 6:20-cv-461, and 6:20-cv-465. The Parties have jointly agreed to modify the schedule as follows:

| Event | Case Nos. 6:20-cv-454, 6:20-cv-461, and 6:20-cv-465 | |
|---|---|---|
| | **Current Deadlines** | **New Deadline** |
| Close of Expert Discovery | 3/29/22 | 3/31/22 |
| Dispositive Motion Deadline | 4/12/22 | No change |
| Serve Pretrial Disclosures | 4/26/22 | No change |
| Objections/Rebuttal Disclosures | 5/10/22 | No change |
| MILs | 5/17/22 | No change |
| Joint Pretrial Order/Submissions | 5/24/22 | No change |
| Remaining Pretrial Objections | 6/7/22 | No change |
| Proposed Final PTC | 6/14/22 | No proposed change |
| Trial | 6/21/22 | No proposed change |

DATED: March 16, 2022

*/s/ Anna Catherine Coll*

Max L. Tribble, Jr., Bar No. 2021395
mtribble@susmangodfrey.com
J. Hoke Peacock III, Bar No. 15673980
tpeacock@susmangodfrey.com
Shawn Blackburn, Bar No. 24089989 *(pro hac vice)*
sblackburn@susmangodfrey.com
Bryce Barcelo, Bar No. 24092081*(pro hac vice)*
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan, CA Bar No. 237460 *(pro hac vice)*
ksrinivasan@susmangodfrey.com
Anna Catherine Coll, CA Bar No. 337548 (*pro hac vice*)
acoll@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Elizabeth Aronson, NY Bar No. 5704432 *(pro hac vice)*
baronson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330

Mark D. Siegmund, Bar No. 24117055
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, TX 76712
Tel: (254) 651-3690

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith, Bar No. 24001351
melissa@gillamsmithlaw.com
James "Travis" Underwood, Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Michael J. Bettinger
mbettinger@sidley.com
Irene Yang
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Richard A. Cederoth
rcederoth@sidley.com
John W. McBride
jwmcbride@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

***ATTORNEYS FOR MICROSOFT CORPORATION***

*ATTORNEYS FOR WSOU
INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT*

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on March 16, 2022.

/s/ *Melissa R. Smith*
Melissa R. Smith