# EXHIBIT F

Declaration of Richard M. Chen in Support of Microsoft Corporation's Motion for Summary Judgment of No Standing

## ASSIGNEE RECORDATION COVER SHEET

The following four documents attached hereto present evidence of legal transfer of title to the patent properties listed in "Exhibit A of Amended Schedule B1" from

**Alcatel Lucent**

("Assignor")

to

**WSOU Investments, LLC**

("Assignee"):

1. "PATENT ASSIGNMENT" as set forth in "AMENDED SCHEDULE B1: ASSIGNMENT OF PATENT RIGHTS BY ALCATEL LUCENT" (3 pp) of that certain "Patent Purchase Agreement" effective July 22, 2017 between (a) Alcatel Lucent, (b) Nokia Solutions and Networks BV, and (c) Nokia Technologies Oy ("SELLERS"), and (d) Wade and Company ("PURCHASER"), as amended by "Amendment to Patent Purchase Agreement" between SELLERS and PURCHASER effective August 2, 2017.

2. "ASSIGNMENT OF PATENT PURCHASE AGREEMENT" between (d) Wade and Company ("ASSIGNEE") and WSOU Investments, LLC ("ASSIGNOR") effective August 21, 2017 (1 page).

3. "RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC" by WCFT Cayman, Ltd. effective August 21, 2017 (1 page).

4. "Exhibit A of AMENDED SCHEDULE B1 – Assigned Patents (ALU Only Assets) of PPA" (149 pp).

## AMENDED SCHEDULE B1: ASSIGNMENT OF PATENT RIGHTS

## BY ALCATEL LUCENT

### PATENT ASSIGNMENT

This **PATENT ASSIGNMENT**, including without limitation Exhibit A of Amended Schedule B1 hereto, ("**Assignment**") is made by:

(1) **Alcatel Lucent**, a company validly organized and existing under the laws of France and having its principal address at 148/152 Route de la Reine, 92100 Boulogne-Billancourt, France, ("**Assignor**"); to

(2) **Wade and Company**, a company validly organized and existing under the laws of Ontario, Canada, having its principal address at 17 Prince Arthur, Toronto, ON M5R 1G4 CANADA, (the "**Assignee**").

All references to the plural herein also mean the singular, and vice versa, unless the context otherwise requires.

**WHEREAS**, Assignor is the owner of certain patents and patent applications, as specified in Exhibit A hereto.

### DEFINITIONS

"**Assigned Patents**" means (a) patent applications listed in **Exhibit A** of Amended Schedule B1 hereto; (b) all reissues, reexaminations, continuations, continuations-in-part, divisionals, renewals and extensions of such patents and patent applications (whether pending, issued, abandoned or filed prior to, on or after the Effective Date); (c) all patents and patent applications (i) to which any or all of the foregoing directly or indirectly claims priority to, or the benefit of, the filing date, or (ii) for which any or all of the foregoing directly or indirectly forms a basis for priority or otherwise provides the benefit of an earlier filing date; and (d) all foreign counterparts to any or all of the foregoing, and all utility models, certificates of invention, patent registrations and equivalent rights worldwide.

"**Assignment Date**" means August 2, 2017.

### PATENT ASSIGNMENT

Assignor hereby assigns, transfers, and conveys unto Assignee, all of Assignor's right, title, and interest in and to each of the Assigned Patents.

The assignment, transfer, and conveyance to Assignee set forth above will become effective on the Assignment Date and is made subject to certain encumbrances and retained rights for the Assigned Patents in favor of Assignor and/or its assignees and licensees.

PATENT
REEL: 044000 FRAME: 0137

**IN WITNESS WHEREOF**, the Assignor has caused this Assignment to be signed by its duly authorized officers.

ASSIGNOR:

ALCATEL LUCENT

By: _____
Name: Bernard Zucker
Title: General Counsel, Bell Labs & Corporate Projects
Date: 2 August 2017

ASSIGNOR:

ALCATEL LUCENT

By: _____
Name: Elaine Dept
Title: Authorized Signatory
Date: 2 Aug 2017

ACKNOWLEDGED BY ASSIGNEE

ASSIGNEE:

WADE AND COMPANY

By: Streety Shaces
Name: _____
Title: Manaj Dinh
Date: Aug 2, 2017

PATENT
REEL: 044000 FRAME: 0138

## EXHIBIT A of AMENDED SCHEDULE B1 – ASSIGNED PATENTS

**Embedded Electronic File (149 Pages):**



Exhibit A of AMENDED SCHEDULE

"Exhibit A of AMENDED SCHEDULE B1 – Assigned Patents (ALU Only Assets) of PPA"

PATENT
REEL: 044000 FRAME: 0139

## ASSIGNMENT OF PATENT PURCHASE AGREEMENT

WHEREAS, Wade and Company, on the one hand, and Alcatel Lucent, Nokia Solutions and Networks BV and Nokia Technologies Oy ("Nokia Parties"), on the other hand, entered into a Patent Purchase Agreement with an effective date as of July 22, 2017 ("Patent Purchase Agreement");

WHEREAS, Wade and Company and the Nokia Parties entered into an Amendment to the Patent Purchase Agreement with an effective date as of August 21, 2017 ("Amendment to Patent Purchase Agreement");

WHEREAS, the Amendment to the Patent Purchase Agreement permits Wade and Company to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC, a company organized under the laws of Delaware;

NOW, THEREFORE, Wade and Company wishes to assign the whole of its interest in the Patent Purchase Agreement to WSOU Investments LLC

> Wade and Company hereby assigns to WSOU Investments LLC and WSOU Investments LLC hereby accepts the whole of the interest of Wade and Company in the Patent Purchase Agreement.

IN WITNESS WHEREOF, Wade and Company and WSOU Investments LLC, on behalf of themselves and their Affiliates, have caused this Agreement to be executed by their duly authorized representatives to become effective as of August 21, 2017.

WADE AND COMPANY

Name: Stuart A. Shanus

Signature: [signed]

Title: General Counsel, Managing Partner

Date: August 21, 2017

WSOU INVESTMENTS LLC

Name: Craig Etchegoyen

Signature: [signed]

Title: Member

Date: August 21, 2017

## RELEASE AND RELINQUISHMENT OF INTEREST IN WSOU INVESTMENTS, LLC

WHEREAS, WCFT Cayman, a Cayman Islands company ("WCFT Cayman"), on the one hand and Orange Holdings, a Nevada corporation, on the other hand, had preliminary discussions concerning forming and operating WSOU Investments, LLC, a to be formed Delaware limited liability company;

WHEREAS, WSOU Investments, LLC was subsequently formed to purchase intellectual property from Alcatel Lucent, Nokia Solutions and Networks BV, Nokia Technologies Oy; and

WHEREAS, WCFT Cayman and Orange Holding never agreed to form WSOU Investments, LLC;

NOW, THEREFORE, to avoid any controversy or dispute concerning the fact that WCFT Cayman does not own and has never owned an interest in WSOU Investments, LLC:

> WCFT Cayman hereby unequivocally avers that it owns no interest in WSOU Investments, LLC and to the extent it ever had any ownership stake, it hereby releases, relinquishes and disavows any ownership interest in WSOU Investments LLC it may have had.

IN WITNESS WHEREOF, WCFT Cayman itself and its Affiliates have caused this Release and Relinquishment of Interest to be executed by its duly authorized representative made effective as of August 21, 2017.

WCFT Cayman Ltd.

Name: Marc Wade

Signature: _____

Title: Director

Date: August 21, 2017

| CASE FAMILY | CASE REFERENCE | GRANT NUMBER | APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | ISSUE DATE | EXPIRATION DATE | APPLICATION DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| 103952 | 103952-GB-EPA | EP1317114 | 02292776.8 | EP1317114 | GB | 27-Feb-13 | 7-Nov-22 | 7-Nov-02 | PROCEDE DE DETERMINATION DE TENDANCE DE SERVICE |
| 103952 | 103952-US-NP | US7366160 | 10/307461 | 20030108049 | US | 29-Apr-08 | 11-Oct-25 | 2-Dec-02 | A METHOD OF DETERMINING SERVICE TRENDS |
| 103955 | 103955-US-NP | US7610370 | 10/340690 | 20030135510 | US | 27-Oct-09 | 21-Jul-28 | 13-Jan-03 | DETERMINING THE PROBABLE CAUSE OF A REDUCTION IN THE QUALITY OF A SERVICE AS A FUNCTION OF THE EVOLUTION OF A SET OF SERVICES |
| 104031 | 104031-FR-NP | FR2841425 | 0207629 | 2841425 | FR | 24-Sep-04 | 20-Jun-22 | 20-Jun-02 | PROCEDE DE FOURNITURE DE DONNEES DE CONFIGURATION DE SERVICE A UN DISPOSITIF DE TELEPHONE MOBILE, PAR UN TERMINAL INFORMATIQUE |
| 104248 | 104248-US-NP | US8031723 | 10/418094 | 20040090957 | US | 4-Oct-11 | 10-Aug-26 | 18-Apr-03 | CENTRALIZED SWITCHING AND ROUTING PACKET HANDLING DEVICE |
| 104255 | 104255-US-NP | US7107050 | 10/372845 | 20030166401 | US | 12-Sep-06 | 12-Dec-23 | 26-Feb-03 | A RESOURCE MANAGER FOR A SATELLITE TELECOMMUNICATION SYSTEM |
| 104272 | 104272-US-NP | US7991993 | 10/403083 | 20030188159 | US | 2-Aug-11 | 21-Jul-26 | 1-Apr-03 | SYSTEME DE TELECOMMUNICATION, NOTAMMENT DE TYPE IP, ET EQUIPEMENTS POUR UN TEL SYSTEME |
| 104356 | 104356-CN-NP | ZL200310103280.0 | 200310103280.0 | 1501745 | CN | 22-Jul-09 | 4-Nov-23 | 4-Nov-03 | PROCEDE ET CONTROLEUR POUR FACILITER L'ITINERANCE DES TELEPHONES MOBILES |
| 104356 | 104356-DE-EPA | EP1420607 | 03292656.0 | EP1420607 | DE | 23-Mar-11 | 24-Oct-23 | 24-Oct-03 | TARGET PLMN INFORMATION TRANSFER THROUGH TMSI |
| 104356 | 104356-FR-EPA | EP1420607 | 03292656.0 | EP1420607 | FR | 23-Mar-11 | 24-Oct-23 | 24-Oct-03 | PROCEDE ET CONTROLEUR POUR FACILITER L'ITINERANCE DES TELEPHONES MOBILES |
| 104356 | 104356-GB-EPA | EP1420607 | 03292656.0 | EP1420607 | GB | 23-Mar-11 | 24-Oct-23 | 24-Oct-03 | PROCEDE ET CONTROLEUR POUR FACILITER L'ITINERANCE DES TELEPHONES MOBILES |
| 104382 | 104382-FR-NP | FR2832897 | 0115228 | 2832897 | FR | 27-Feb-04 | 23-Nov-21 | 23-Nov-01 | IMPROVEMENT OF THE TBF HANDOVER PROCEDURE FOR GPRS |
| 104544 | 104544-FR-NP | FR2843260 | 0209741 | 2843260 | FR | 2-Apr-05 | 31-Jul-22 | 31-Jul-02 | SYSTEME DE GESTION DE RESEAU PAR REGLES COMPORTANT UN MOTEUR D'INFERENCE |
| 104544 | 104544-US-NP | US8055742 | 10/629682 | 20040054769 | US | 8-Nov-11 | 19-Oct-26 | 30-Jul-03 | A Network Management System For Managing Networks And Implementing Services On The Network Using Rules And An Inference Engine |
| 104566 | 104566-DE-EPA | EP1416595 | 02360303.8 | EP1416595 | DE | 21-May-08 | 30-Oct-22 | 30-Oct-02 | Enhanced pump absorbing double-clad fiber |
| 104566 | 104566-FR-EPA | EP1416595 | 02360303.8 | EP1416595 | FR | 21-May-08 | 30-Oct-22 | 30-Oct-02 | Enhanced pump absorbing double-clad fiber |
| 104566 | 104566-GB-EPA | EP1416595 | 02360303.8 | EP1416595 | GB | 21-May-08 | 30-Oct-22 | 30-Oct-02 | Enhanced pump absorbing double-clad fiber |
| 104566 | 104566-US-NP | US7034995 | 10/671482 | 20040085623 | US | 25-Apr-06 | 9-Jun-24 | 29-Sep-03 | Enhanced pump absorbing double-clad fiber |
| 104567 | 104567-DE-EPA | EP1394910 | 02360245.1 | EP1394910 | DE | 26-Dec-12 | 26-Aug-22 | 26-Aug-02 | Raman-Active Optical Fiber |
| 104567 | 104567-FR-EPA | EP1394910 | 02360245.1 | EP1394910 | FR | 26-Dec-12 | 26-Aug-22 | 26-Aug-02 | Raman-Active Optical Fiber |
| 104567 | 104567-GB-EPA | EP1394910 | 02360245.1 | EP1394910 | GB | 26-Dec-12 | 26-Aug-22 | 26-Aug-02 | Raman-Active Optical Fiber |
| 104567 | 104567-US-NP | US7008892 | 10/617212 | 20040053768 | US | 7-Mar-06 | 22-Dec-23 | 11-Jul-03 | Raman-Active Optical Fiber |
| 104572 | 104572-US-NP | US7471627 | 10/705837 | 20040170183 | US | 30-Dec-08 | 4-Dec-25 | 13-Nov-03 | DISPOSITIF DE CONTROLE D'ADMISSION DE NIVEAU RESEAU POUR UN RESEAU DE COMMUNICATIONS A PROTOCOLE DE NIVEAU SOUS-IP |
| 104577 | 104577-US-NP | US6813428 | 10/098127 | 20020131741 | US | 2-Nov-04 | 27-Apr-22 | 15-Mar-02 | PHOTONIC CRYSTAL FIBER WITH A LARGE EFFECTIVE SURFACE AREA |
| 104669 | 104669-DE-EPA | EP1523127 | 04292326.8 | EP1523127 | DE | 29-Nov-06 | 29-Sep-24 | 29-Sep-04 | CARTE DE CONNEXION ETHERNET A UN RESEAU LOCAL, A CONTROLE DE RACCORDEMENT A UN TERMINAL DE COMMUNICATION |
| 104669 | 104669-FR-EPA | EP1523127 | 04292326.8 | EP1523127 | FR | 29-Nov-06 | 29-Sep-24 | 29-Sep-04 | CARTE DE CONNEXION ETHERNET A UN RESEAU LOCAL, A CONTROLE DE RACCORDEMENT A UN TERMINAL DE COMMUNICATION |
| 104669 | 104669-GB-EPA | EP1523127 | 04292326.8 | EP1523127 | GB | 29-Nov-06 | 29-Sep-24 | 29-Sep-04 | CARTE DE CONNEXION ETHERNET A UN RESEAU LOCAL, A CONTROLE DE RACCORDEMENT A UN TERMINAL DE COMMUNICATION |
| 104669 | 104669-IT-EPA | EP1523127 | 04292326.8 | EP1523127 | IT | 29-Nov-06 | 29-Sep-24 | 29-Sep-04 | CARTE DE CONNEXION ETHERNET A UN RESEAU LOCAL, A CONTROLE DE RACCORDEMENT A UN TERMINAL DE COMMUNICATION |
| 104669 | 104669-US-NP | US7231535 | 10/959160 |  | US | 12-Jun-07 | 30-Mar-25 | 7-Oct-04 | CARTE DE CONNEXION ETHERNET A UN RESEAU LOCAL, A CONTROLE DE RACCORDEMENT A UN TERMINAL DE COMMUNICATION |
| 104685 | 104685-DE-EPA | EP1432184 | 03292852.5 | EP1432184 | DE | 18-Apr-12 | 17-Nov-23 | 17-Nov-03 | DISPOSITIF DE DETERMINATION DE CHEMINS DE COMMUTATION DANS UN RESEAU DE COMMUNICATIONS A COMMUTATION D'ETIQUETTES, EN PRESENCE D'ATTRIBUTS DE SELECTION |
| 104685 | 104685-FR-EPA | EP1432184 | 03292852.5 | EP1432184 | FR | 18-Apr-12 | 17-Nov-23 | 17-Nov-03 | DISPOSITIF DE DETERMINATION DE CHEMINS DE COMMUTATION DANS UN RESEAU DE COMMUNICATIONS A COMMUTATION D'ETIQUETTES, EN PRESENCE D'ATTRIBUTS DE SELECTION |
| 104685 | 104685-GB-EPA | EP1432184 | 03292852.5 | EP1432184 | GB | 18-Apr-12 | 17-Nov-23 | 17-Nov-03 | DISPOSITIF DE DETERMINATION DE CHEMINS DE COMMUTATION DANS UN RESEAU DE COMMUNICATIONS A COMMUTATION D'ETIQUETTES, EN PRESENCE D'ATTRIBUTS DE SELECTION |
| 104685 | 104685-US-NP | US7443832 | 10/735895 | 20040190490 | US | 28-Oct-08 | 27-Oct-26 | 16-Dec-03 | DISPOSITIF DE DETERMINATION DE CHEMINS DE COMMUTATION DANS UN RESEAU DE COMMUNICATIONS A COMMUTATION D'ETIQUETTES, EN PRESENCE D'ATTRIBUTS DE SELECTION |
| 104716 | 104716-US-NP | US7583604 | 10/762301 | 20050022180 | US | 1-Sep-09 | 16-Jan-27 | 23-Jan-04 | PROBE FOR MEASURING QUALITY OF SERVICE PARAMETERS IN A TELECOMMUNICATION NETWORK |
| 104778 | 104778-DE-EPA | EP1401252 | 03292275.9 | EP1401252 | DE | 16-Apr-08 | 16-Sep-23 | 16-Sep-03 | ARMOIRE CLIMATISEE PERFECTIONNEE POUR EQUIPEMENTS, NOTAMMENT DE TELEPHONIE |
| 104778 | 104778-FR-EPA | EP1401252 | 03292275.9 | EP1401252 | FR | 16-Apr-08 | 16-Sep-23 | 16-Sep-03 | ARMOIRE CLIMATISEE PERFECTIONNEE POUR EQUIPEMENTS, NOTAMMENT DE TELEPHONIE |
| 104778 | 104778-GB-EPA | EP1401252 | 03292275.9 | EP1401252 | GB | 16-Apr-08 | 16-Sep-23 | 16-Sep-03 | ARMOIRE CLIMATISEE PERFECTIONNEE POUR EQUIPEMENTS, NOTAMMENT DE TELEPHONIE |
| 104901 | 104901-DE-EPA | EP1434376 | 03293232.9 | EP1434376 | DE | 19-Apr-06 | 19-Dec-23 | 19-Dec-03 | PROCEDE ET DISPOSITIF PERFECTIONNES DE CONTROLE DE LA PUISSANCE DELIVREE EN SORTIE D'UN NOEUD D'UN RESEAU OPTIQUE A COMMUTATION DE BANDES DE LONGUEURS D'ONDE |

PATENT
REEL: 044000 FRAME: 0146

| CASE FAMILY | CASE REFERENCE | GRANT NUMBER | APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | ISSUE DATE | EXPIRATION DATE | APPLICATION DATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|
| Hochwald 6-8 (BM) | Hochwald 6-8 (BM)-DE-EPA | EP1069723 | 00305565.4 | EP1069723 | DE | 31-Aug-11 | 3-Jul-20 | 3-Jul-00 | Method For Wireless Differential Communication Using Multiple Transmitter Antennas |
| Hochwald 6-8 (BM) | Hochwald 6-8 (BM)-FR-EPA | EP1069723 | 00305565.4 | EP1069723 | FR | 31-Aug-11 | 3-Jul-20 | 3-Jul-00 | Method For Wireless Differential Communication Using Multiple Transmitter Antennas |
| Hochwald 6-8 (BM) | Hochwald 6-8 (BM)-GB-EPA | EP1069723 | 00305565.4 | EP1069723 | GB | 31-Aug-11 | 3-Jul-20 | 3-Jul-00 | Method For Wireless Differential Communication Using Multiple Transmitter Antennas |
| Hochwald 6-8 (BM) | Hochwald 6-8 (BM)-JP-NP | JP4657423 | 2000214304 | | JP | 7-Jan-11 | 14-Jul-20 | 14-Jul-00 | Method For Wireless Differential Communication Using Multiple Transmitter Antennas |
| Hochwald 6-8 (BM) | Hochwald 6-8 (BM)-US-NP | US6724842 | 09/356387 | | US | 20-Apr-04 | 16-Jul-19 | 16-Jul-99 | Method For Wireless Differential Communication Using Multiple Transmitter Antennas |
| Hodes 17-3-1-2 (MS) | Hodes 17-3-1-2 (MS)-US-NP | US7825324 | 11/618056 | 20080155992 | US | 2-Nov-10 | 28-Oct-27 | 29-Dec-06 | Spreading ThermoElectric Coolers |
| Hodes 21-37-9 (MS) | Hodes 21-37-9 (MS)-IN-PCT | | 2084/DELNP/2010 | 2084/DELNP/2010 | IN | | 22-Sep-28 | 22-Sep-08 | Recirculating Gas Rack Cooling Architecture |
| Hodes 21-37-9 (MS) | Hodes 21-37-9 (MS)-US-NP | US9025330 | 11/865020 | 20090086434 | US | 5-May-15 | 22-Nov-27 | 30-Sep-07 | Recirculating Gas Rack Cooling Architecture |
| Hodes 21-37-9 (MS) | Hodes 21-37-9 (MS)-JP-PCT | JP5576282 | 2010526913 | 2010541238 | JP | 11-Jul-14 | 22-Sep-28 | 22-Sep-08 | Recirculating Gas Rack Cooling Architecture |
| Hodes 28 (MS) | Hodes 28 (MS)-IN-PCT | | 149/DELNP/2011 | 149/DELNP/2011 | IN | | 29-Jun-29 | 29-Jun-09 | Stackable Thermoelectric Modules |
| Hodes 28 (MS) | Hodes 28 (MS)-JP-PCT | JP5702280 | 2011518706 | 2011528189 | JP | 27-Feb-15 | 29-Jun-29 | 29-Jun-09 | Stackable Thermoelectric Modules |
| Hodes 28 (MS) | Hodes 28 (MS)-CN-PCT | ZL200980127527.8 | 200980127527.8 | 102089895 | CN | 17-Sep-14 | 29-Jun-29 | 29-Jun-09 | Stackable Thermoelectric Modules |
| Hodes 28 (MS) | Hodes 28 (MS)-DE-EPT | EP2313937 | 09788846.5 | EP2313937 | DE | 19-Mar-14 | 29-Jun-29 | 29-Jun-09 | Stacked Thermoelectric Modules |
| Hodes 28 (MS) | Hodes 28 (MS)-FR-EPT | EP2313937 | 09788846.5 | EP2313937 | FR | 19-Mar-14 | 29-Jun-29 | 29-Jun-09 | Stacked Thermoelectric Modules |
| Hodes 28 (MS) | Hodes 28 (MS)-GB-EPT | EP2313937 | 09788846.5 | EP2313937 | GB | 19-Mar-14 | 29-Jun-29 | 29-Jun-09 | Stacked Thermoelectric Modules |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-CN-PCT | ZL200780029457.3 | 200780029457.3 | 101502155 | CN | 30-Nov-11 | 26-Jul-27 | 26-Jul-07 | Method Of Predicting Transmission Speed Adaptations |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-DE-EPT | EP2052573 | 07810798.4 | EP2052573 | DE | 7-Jul-10 | 26-Jul-27 | 26-Jul-07 | Method Of Predicting Transmission Speed Adaptations |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-FR-EPT | EP2052573 | 07810798.4 | EP2052573 | FR | 7-Jul-10 | 26-Jul-27 | 26-Jul-07 | Method Of Predicting Transmission Speed Adaptations |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-GB-EPT | EP2052573 | 07810798.4 | EP2052573 | GB | 7-Jul-10 | 26-Jul-27 | 26-Jul-07 | Method Of Predicting Transmission Speed Adaptations |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-KR-PCT | KR101106879 | 20097002504 | | KR | 10-Jan-12 | 26-Jul-27 | 26-Jul-07 | Method Of Predicting Transmission Speed Adaptations |
| Hoekstra 8-6 (GJ) | Hoekstra 8-6 (GJ)-US-NP | US7693097 | 11/463389 | 20080039038 | US | 6-Apr-10 | 31-Aug-27 | 9-Aug-06 | Method Of Predicting Transmission Speed Adaptations |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-DE-EPA | EP0984570 | 99306658.8 | EP0984570 | DE | 6-Dec-06 | 23-Aug-19 | 23-Aug-99 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-ES-EPA | EP0984570 | 99306658.8 | EP0984570 | ES | 6-Dec-06 | 23-Aug-19 | 23-Aug-99 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-FR-EPA | EP0984570 | 99306658.8 | EP0984570 | FR | 6-Dec-06 | 23-Aug-19 | 23-Aug-99 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-GB-EPA | EP0984570 | 99306658.8 | EP0984570 | GB | 6-Dec-06 | 23-Aug-19 | 23-Aug-99 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-IT-EPA | EP0984570 | 99306658.8 | EP0984570 | IT | 6-Dec-06 | 23-Aug-19 | 23-Aug-99 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffbeck 1-13-1-5-2 (JP) | Hoffbeck 1-13-1-5-2 (JP)-US-NP | US6445686 | 09/146788 | | US | 3-Sep-02 | 3-Sep-18 | 3-Sep-98 | Method And Apparatus For Improving The Quality Of Speech Signals Transmitted Over Wireless Communication Facilities |
| Hoffmann 1-15 (S) | Hoffmann 1-15 (S)-US-NP | US6236286 | 09/327538 | | US | 22-May-01 | 8-Jun-19 | 8-Jun-99 | Integrated On-Board Automated Alignment For Low Distortion Amplifier |
| Hoffmann 3 (S) | Hoffmann 3 (S)-US-NP | US7436900 | 09/820146 | 20020141509 | US | 14-Oct-08 | 20-Sep-25 | 28-Mar-01 | Intermodulation Distortion Identification And Quantization Circuit For A Linear Amplifier System |
| Holland 11 (WR) | Holland 11 (WR)-US-NP | US6519026 | 09/369915 | | US | 11-Feb-03 | 6-Aug-19 | 6-Aug-99 | Optical Time-Domain Reflectometer (OTDR) |
| Holland 17 (WR) | Holland 17 (WR)-US-NP | US6396575 | 09/584588 | | US | 28-May-02 | 31-May-20 | 31-May-00 | Test And Measurement System For Detecting And Monitoring Faults And Losses In Passive Optical Networks |
| Holzmann 14-11-5 (GJ) | Holzmann 14-11-5 (GJ)-US-NP | US6353896 | 09/211967 | | US | 5-Mar-02 | 15-Dec-18 | 15-Dec-98 | Method And Apparatus For Testing Event Driven Software |
| Hostetler 1 (LB) | Hostetler 1 (LB)-US-NP | US7929684 | 10/628714 | 20050025303 | US | 19-Apr-11 | 7-Oct-29 | 28-Jul-03 | High Availability Multi-Tenant Feature |
| Houck 4-2 (DJ) | Houck 4-2 (DJ)-US-NP | US6778496 | 09/589304 | | US | 17-Aug-04 | 7-Jun-20 | 7-Jun-00 | Distributed Call Admission And Load Balancing Method And Apparatus For Packet Networks |
| Houweling 1 (T) | Houweling 1 (T)-US-NP | US8532651 | 12/956397 | 20120135727 | US | 10-Sep-13 | 12-Jun-31 | 30-Nov-10 | Method Of Rejecting Radio Links Based On Timing Information Regarding A Detected Cell |
| Howell 1 (RE) | Howell 1 (RE)-US-NP | US6363498 | 08/975382 | | US | 26-Mar-02 | 20-Nov-17 | 20-Nov-97 | Method And Apparatus To Automatically Back Up Switching System Files |
| Hu 12-5-12 (J) | Hu 12-5-12 (J)-US-NP | US6542635 | 09/391713 | | US | 1-Apr-03 | 8-Sep-19 | 8-Sep-99 | Method For Document Comparison And Classification Using Document Image |
| Hu 15-8-3-20 (J) | Hu 15-8-3-20 (J)-US-NP | US7054871 | 09/734057 | | US | 30-May-06 | 8-Mar-23 | 11-Dec-00 | Method For Identifying And Using Table Structures |
| Hu 7-4 (TH) | Hu 7-4 (TH)-KR-NP | KR101011936 | 20030029450 | | KR | 25-Jan-11 | 9-May-23 | 9-May-03 | In-Band Flow Control Methods for Communications Systems |
| Hu 7-4 (TH) | Hu 7-4 (TH)-US-NP | US8089879 | 10/145514 | 20030214906 | US | 3-Jan-12 | 25-Jan-26 | 15-May-02 | In-Band Flow Control Methods For Communications Systems |
| Hua 15-2 (S) | Hua 15-2 (S)-US-NP | US7106702 | 10/158815 | 20030223386 | US | 12-Sep-06 | 4-Mar-25 | 31-May-02 | On-Demand Dynamically Updated User Database & AAA Function For High Reliability Networks |
| Hua 17-4 (S) | Hua 17-4 (S)-JP-NP | JP4762658 | 2005287625 | 2006109478 | JP | 17-Jun-11 | 30-Sep-25 | 30-Sep-05 | Method And Apparatus For Providing Distributed SLF Routing Capability In An Internet Multimedia Subsystem (IMS) Network |
| Hua 17-4 (S) | Hua 17-4 (S)-CN-NP | ZL10107176.8 | 200510107176.8 | CN1758634A | CN | 1-Dec-10 | 28-Sep-25 | 28-Sep-05 | Method And Apparatus For Providing Distributed SLF Routing Capability In An Internet Multimedia Subsystem (IMS) Network |

PATENT
REEL: 044000 FRAME: 0252