**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | Civil Action No. 6:20-cv-454<br>Civil Action No. 6:20-cv-461<br>Civil Action No. 6:20-cv-465 |

**DEFENDANT MICROSOFT CORPORATION'S
<u>NOTICE PURSUANT TO 35 U.S.C. § 282</u>**

Pursuant to 35 U.S.C. § 282, Defendant Microsoft Corporation ("Microsoft") hereby provides this notice to Plaintiff WSOU Investments, LLC. Subject to the Court's orders and in addition to the materials listed below, Microsoft provides notice of its intent to rely on: any materials considered by or relied upon by any expert or any materials mentioned in any expert report, both for non-infringement and invalidity of U.S. Patent Nos. 7,106,702, 7,366,160, and 8,274,902 (the "Patents-in-Suit"), any appendix, or any document used in any expert deposition; any materials referred to in substantive responses provided in response to any written discovery response or Rule 26 disclosure; any materials discussed by any witness in any deposition in these cases; any exhibits used in any deposition in these cases; any exhibit listed on any trial exhibit list or amended trial exhibit list; any reference cited by or referred to, or any document generated during the prosecution of the Patents-in-Suit, including their file histories; any materials or witness disclosed in any way throughout the course of these cases; and any other materials produced or disclosed that Plaintiff could reasonably consider may be relied upon by Microsoft.

Microsoft may also rely on the invalidity contentions served in this matter, including all supplements and amendments, as well as any exhibit or document cited therein or relied upon in those contentions.  Microsoft may rely on its responses to Plaintiff's interrogatories.

Subject to the above, Microsoft, without limitation, may rely on the following prior art references, including the country, number date and name of the patentee of any patent and the title, date, and page numbers of any publication to be relied upon in support of Microsoft's positions regarding the invalidity of the Patents-in-Suit or as showing the state of the art:

- U.S. Patent No. 7,366,160 (April 29, 2008), Marilly et al., Method of determining service trends, PX001-0001 - PX001-0010

- U.S. Patent No. 7,106,702 (Sept. 12, 2006), Hua et al., On-demand dynamically updated user database and AAA function for high reliability networks, PX002-0001 - PX002-0007

- U.S. Patent No. 8,274,902 (Sept. 25, 2012), Bu et al., Estimation method for loss rates in a packetized network, PX003-0001 - PX003-0013

- File history for U.S. Patent No. 7,366,160, PX004-0001 - PX004-0523

- File history for U.S. Patent No. 7,106,702, PX005-0001 - PX005-0124

- File history for U.S. Patent No. 8,274,902, PX006-0001 - PX006-0248

- PATROL® DashBoard, Version 6, User's Manual (May 23, 2001), BMC-000116 - BMC-000275

- BMC Software, PATROL® DashBoard User Guide, Version 6.4 (Nov. 1, 2001), BMC-004137 - BMC-004384

- BMC Software, PATROL® DashBoard, Release Notes Version 6.4.00 (Nov. 1, 2001), BMC-004385 - BMC-004397

- Response to First Office Action (June 12, 2007), '160 Patent File History, WSOU_454_7366160-0000521 - WSOU_454_7366160-0000529

- Response to Second Office Action (November 19, 2007), '160 Patent File History, WSOU_454_7366160-0000550 - WSOU_454_7366160-0000554

- U.S. Patent No. 6,961,315 (Nov. 1, 2005), Amster et al., Technique for monitoring conversational voice over packet, Microsoft_Azure_WSOU000089424 - Microsoft_Azure_WSOU000089432

- WO 01/80492 A2 (Oct. 25, 2001), Clark, Quality of service monitor for multimedia communications system, WSOU_454_7366160-0000477 - WSOU_454_7366160-0000502

- U.S. Patent No. 5,615,323 (Mar. 25, 1997), Engel et al. Displaying resource performance and utilization information, Microsoft_Azure_WSOU000089454 - Microsoft_Azure_WSOU000089471

- U.S. Patent No. 6,370,120 (Apr. 9, 2002), Hardy, Method and system for evaluating the quality of packet-switched voice signals, Microsoft_Azure_WSOU000089472 - Microsoft_Azure_WSOU000089487

- U.S. Patent No. 6,876,988 (Apr. 5, 2005), Helsper et al., Enhanced computer performance forecasting system, Microsoft_Azure_WSOU000089488 - Microsoft_Azure_WSOU000089517

- U.S. Patent Application Pub. No. 2002/0049687 (Apr. 25, 2002), Helsper et al., Enhanced computer performance forecasting system, Microsoft_Azure_WSOU000091507 - Microsoft_Azure_WSOU000091537

- U.S. Patent No. 6,272,110 (Aug. 7, 2001), Tunnicliffe et al., Method and apparatus for managing at least part of a communications network, Microsoft_Azure_WSOU000090131 - Microsoft_Azure_WSOU000090142

- R. Kearney et al., IBM Research Report Electronic Service Level Agreement (eSLA) for Application Hosting, RC 22071 (99002) (2001), Microsoft_Azure_WSOU000004439 - Microsoft_Azure_WSOU000004460

- Affidavit of Duncan Hall, dated August 31, 2021, Microsoft_Azure_WSOU000076920 - Microsoft_Azure_WSOU000076921

- Exhibit A to Affidavit of Duncan Hall, dated August 31, 2021, Microsoft_Azure_WSOU000076503 - Microsoft_Azure_WSOU000076716

- Exhibit B to Affidavit of Duncan Hall, dated August 31, 2021, Microsoft_Azure_WSOU000076717 - Microsoft_Azure_WSOU000076919

- Cisco Systems, Inc., Getting Started with IPM (2001), Microsoft_Azure_WSOU000076542 - Microsoft_Azure_WSOU000076558

- Cisco Systems, Inc., Getting Started with IPM, Chapter 2 (2005), Microsoft_Azure_WSOU000076756 - Microsoft_Azure_WSOU000076798

- Cisco Systems, Inc., Modifying IPM Components (2001), Microsoft_Azure_WSOU000076578 - Microsoft_Azure_WSOU000076598

- Cisco Systems, Inc., Modifying IPM Components (2005), Microsoft_Azure_WSOU000076854 - Microsoft_Azure_WSOU000076904

- Cisco Systems, Inc., Overview of IPM (2001), Microsoft_Azure_WSOU000076538 - Microsoft_Azure_WSOU000076541

- Cisco Systems, Inc., Using IPM to Measure Network Performance (2001), Microsoft_Azure_WSOU000076559 - Microsoft_Azure_WSOU000076577

- Cisco Systems, Inc., Using IPM to Measure Network Performance, Chapter 3 (2006), Microsoft_Azure_WSOU000076799 - Microsoft_Azure_WSOU000076853

- Cisco Systems, Inc., Internetwork Performance Monitor (1999), Microsoft_Azure_WSOU000029714 - Microsoft_Azure_WSOU000029715

- Micromuse Inc., Netcool ISMs v2.0, Monitoring the Availability of Internet Services and Protocols in Realtime (2000), Microsoft_Azure_WSOU000076751 - Microsoft_Azure_WSOU000076755

- Micromuse Inc., Netcool Product Overview, Netcool®/Reporter™ Version 1.2.1 (2000), Microsoft_Azure_WSOU000076718 - Microsoft_Azure_WSOU000076727

- Micromuse Inc., Netcool White Paper, Netcool Suite Functionality & Benefits (2000), Microsoft_Azure_WSOU000076728 - Microsoft_Azure_WSOU000076741

- Coates et al., Internet Tomography, IEEE Signal Processing Magazine (2002), Microsoft_Azure_WSOU000029728 - Microsoft_Azure_WSOU000029746

- Ricciato et al., Bottleneck Detection via Aggregate Rate Analysis: A Real Case in a 3G Network, IEEE/IFIP Network Operations and Management Symposium NOMS (2006), Microsoft_Azure_WSOU000026390 - Microsoft_Azure_WSOU000026393

- Ricciato et al., Passive Tomography of a 3G Network: Challenges and Opportunities, IEEE INFOCOM (2006), Microsoft_Azure_WSOU000029848 - Microsoft_Azure_WSOU000029850

- Affidavit of Elizabeth Rosenberg, dated November 2, 2020, Microsoft_Azure_WSOU000029795 - Microsoft_Azure_WSOU000029798

- Exhibit A - Affidavit of Elizabeth Rosenberg, dated November 2, 2020, Microsoft_Azure_WSOU000029799 - Microsoft_Azure_WSOU000029822

- Exhibit B - Affidavit of Elizabeth Rosenberg, dated November 2, 2020, Microsoft_Azure_WSOU000029823 - Microsoft_Azure_WSOU000029835

- Adams et al., The Use of End- to-End Multicast Measurements for Characterizing Internal Network Behavior, IEEE Communications Magazine (May 2000), Microsoft_Azure_WSOU000031976 - Microsoft_Azure_WSOU000031982

- Caceres et al., Multicast- Based Inference of Network-Internal Loss Characteristics, IEEE Transactions on Information Theory (Nov. 1999), Microsoft_Azure_WSOU000029747 - Microsoft_Azure_WSOU000029765

- Caceres et al., Loss-Based Inference of Multicast Network Topology, Proceedings of the 38th Conference on Decision & Control, Phoenix, Arizona (Dec. 1999), Microsoft_Azure_WSOU000029775 - Microsoft_Azure_WSOU000029780

- Caceres et al., Inference of Internal Loss Rates in the MBONE, Global Telecommunications Conference – Globecom '99 (1999), Microsoft_Azure_WSOU000029716 - Microsoft_Azure_WSOU000029721

- MINC, MINT2000: Multicast Inference Network Tool, Webpage, http://gaia.cs.umass.edu/mint2000/, archived February 4, 2005, Microsoft_Azure_WSOU000076690 - Microsoft_Azure_WSOU000076691

- MINC Webpage 2005 – AT&T Labs – Research, MINC Multicast-Based Inference of Network-Internal Characteristics, Webpage, http://www.research.att.com/~duffield/minc/su mmary.html, archived February 13, 2005, Microsoft_Azure_WSOU000076692 - Microsoft_Azure_WSOU000076693

- Adams et al., The Use of End-to-End Multicast Measurements for Characterizing Internal Network Behavior, Webpage, http://gaia.cs.umass.edu/minc/minc-comm/index.html, archived March 9, 2005, Microsoft_Azure_WSOU000076680 - Microsoft_Azure_WSOU000076686

- Caceres et al., The MINC (Multicast Inference of Network Characteristics Project), PowerPoint, http://gaia.cs.umass.edu/minc/ngi-98.pdf, archived May 15, 2005, Microsoft_Azure_WSOU000076905 - Microsoft_Azure_WSOU000076919

- MINC, Multicast-Based Inference of Network-Internal Characteristics, Webpage, http://www- net.cs.umass.edu/minc/, archived March 8, 2005, Microsoft_Azure_WSOU000076687 - Microsoft_Azure_WSOU000076689

- Cisco System, Inc.'s Internetwork Performance Monitor system as described in the Expert Report of Mark Coates Ph.D. Regarding the Invalidity of U.S. Patent Nos. 7,366,160

- Netcool's Internet Service Monitors system as described in the Expert Report of Mark Coates Ph.D. Regarding the Invalidity of U.S. Patent Nos. 7,366,160

- BMC Software, Inc.'s Patrol Dashboard system as described in the Expert Reports of Mark Coates Ph.D. Regarding the Invalidity of U.S. Patent Nos. 7,366,160 and 8,274,902

- Microsoft Corporation's Windows 2000 Advanced Server system as described in the Opening Expert Report of Alan DeKok

- Microsoft Corporation's Internet Authentication Service system as described in the Opening Expert Report of Alan DeKok

- The FreeRadius system as described in the Opening Expert Report of Alan DeKok

- CMG Market Research & Insights, Networking Drilldown - Wave 4 Report - FINAL Microsoft_WinServer_WSOU000099107

- Windows 2000 Advanced Server 5 10 client licenses.iso, Microsoft_WinServer_Native_WSOU_000000006

- FreeRADIUS – A multi-protocol policy server, all source code available at https://github.com/FreeRADIUS/freeradius-server, Microsoft_WinServer_Native_WSOU_000000007

- Windows – Implementation Roadmap for the RADIUS Proxy, Microsoft_WinServer_WSOU_000007915 - Microsoft_WinServer_WSOU_000007921

- Microsoft Windows 2000 Advanced Documentation - Active Directory, 03/01/2000 (retrieved from web.archive.org), Microsoft_WinServer_WSOU_000078955 - Microsoft_WinServer_WSOU_000079279

- Microsoft Windows 2000 Advanced Documentation -  Internet Authentication Service, Microsoft, 04/24/2001 (retrieved from web.archive.org), Microsoft_WinServer_WSOU_000079280 - Microsoft_WinServer_WSOU_000079509

- Microsoft Windows 2000 Advanced Documentation - Windows Clustering, Microsoft, 04/24/2001 (retrieved from web.archive.org),

Microsoft_WinServer_WSOU_000079510 -
Microsoft_WinServer_WSOU_000079861

- Photo of CD ROM Case Microsoft Windows Server,
  Microsoft_WinServer_WSOU_000079862 -
  Microsoft_WinServer_WSOU_000079863

- Photos of CD ROM Windows2000 Advanced Server,
  Microsoft_WinServer_WSOU_000079872

- Photo of CD ROM Windows2000 Advanced Server,
  Microsoft_WinServer_WSOU_000079873

- Photo of CD ROM Windows2000 Advanced Server,
  Microsoft_WinServer_WSOU_000079874

- Photo of Floppy Disk, Microsoft Windows 2000 Professional, Server and
  Advanced Server, Microsoft_WinServer_WSOU_000079875

- C. Rigney, Request for Comments: 2866 – RADIUS Accounting, 06/2000,
  Microsoft_WinServer_WSOU000001007 -
  Microsoft_WinServer_WSOU000001034

- C. Rigney et al., Request for Comments: 2865 – Remote Authentication Dial In
  User Service (RADIUS), 06/2000, Microsoft_WinServer_WSOU000001035 -
  Microsoft_WinServer_WSOU000001110

- Wind River Ships High Availability Software Solution for Data- and Service-
  Critical Embedded Applications, Wind River, 08/06/2001,
  Microsoft_WinServer_WSOU000001111 -
  Microsoft_WinServer_WSOU000001115

- Wind River and Motorola Deliver Integrated High- Availability Solution for
  Global Communications Infrastructure, Electronic Service Providers, Wind River,
  05/22/2001, Microsoft_WinServer_WSOU000001116 -
  Microsoft_WinServer_WSOU000001120

- T. Murphy, The CDMA2000 Packet Core Network, Ericsson Review No. 2,
  12/07/2001, Microsoft_WinServer_WSOU000001156 -
  Microsoft_WinServer_WSOU000001163

- Internet Authentication Service for Windows 2000, Microsoft TechNet,
  04/28/2001, Microsoft_WinServer_WSOU000001790 -
  Microsoft_WinServer_WSOU000001990

- Overview: ICS for Microsoft RAS, Commercial Edition, Microsoft Internet
  Services Network, 01/04/2001 [from Internet Archive],

Microsoft_WinServer_WSOU000001994 -
Microsoft_WinServer_WSOU000001996

- SQL Server Architecture, Replication Architecture, MSDN Online Library, 04/17/2001, Microsoft_WinServer_WSOU000001997 - Microsoft_WinServer_WSOU000002000

- J. Davies, Microsoft Corporation, RADIUS Protocol Security and Best Practices (January 2002), Microsoft_WinServer_WSOU000002001 - Microsoft_WinServer_WSOU000002016

- L. Hennert & A. Larruy, TelOrb—The Distributed Communications Operating System, Ericsson, Review No. 3, 1999, Microsoft_WinServer_WSOU000002055 - Microsoft_WinServer_WSOU000002066

- B. Aboba, "Internet Provider Kit v2.0 Plan," PowerPoint, (created 1996) Microsoft_WinServer_WSOU000063149

- Microsoft RAS Windows NT Option Pack FAQ, (created 1999) Microsoft_WinServer_WSOU000063685 - Microsoft_WinServer_WSOU000063701

- Microsoft Windows 2000 Advanced Server Help File – Internet Authentication Service, Microsoft, 02/17/1999, Microsoft_WinServer_WSOU000077039 - Microsoft_WinServer_WSOU000077151

- Bourke, Server Load Balancing (August 2001), Microsoft_WinServer_WSOU000077152 - Microsoft_WinServer_WSOU000077334

- S. Knight et al., Request for Comments: 2338 – Virtual Router Redundancy Protocol, 04/1998, Microsoft_WinServer_WSOU000077335 - Microsoft_WinServer_WSOU000077361

- Murhammer et al., IP Network Design Guide, 06/1999, Microsoft_WinServer_WSOU000077393 - Microsoft_WinServer_WSOU000077715

- Microsoft Windows 2000 Advanced Server Help File – Active Directory, 02/17/1999, Microsoft_WinServer_WSOU000077828 - Microsoft_WinServer_WSOU000077970

- Microsoft Windows 2000 Advanced Server Help File – Network Load Balancing Clusters, 02/17/1999, Microsoft_WinServer_WSOU000078144 - Microsoft_WinServer_WSOU000078190

- Radiator Revision History, 10/20/2020
  https://www.open.com.au/radiator/history.html,
  Microsoft_WinServer_WSOU000078546 -
  Microsoft_WinServer_WSOU000078696

- Funk Software Announces New Version of Carrier-Class RADIUS Server
  Targeted at Wireless, VPN, Broadband, and Dial-Up Service Providers and
  Wholesalers, Business Wire, 10/02/2000,
  https://indexarticles.com/business/business-wire/funk-software-announces-new-
  version-of-carrier-class-radius-server-targeted-at-wireless-vpn-broadband-and-
  dial-up-service-providers-and-wholesalers/,
  Microsoft_WinServer_WSOU000078697 -
  Microsoft_WinServer_WSOU000078700

- DX-0077: Radiator Revision History, Radiator Software, 10/20/2020
  https://radiatorsoftware.com/products/radiator/history/,
  Microsoft_WinServer_WSOU000078701 -
  Microsoft_WinServer_WSOU000078937

- T. Li et al., Request for Comments: 2281 – Cisco Hot Standby Router Protocol,
  03/1998, Microsoft_WinServer_WSOU000078938 -
  Microsoft_WinServer_WSOU000078954

- Microsoft Commercial Internet System 2.5 Features at a Glance, March 1999,
  Microsoft_WinServer_WSOU000084379 -
  Microsoft_WinServer_WSOU000084407

- "Windows 2000 IAS Competitive Analysis," PowerPoint, (created 1999)
  Microsoft_WinServer_WSOU000099298

- B. Aboba et al, VPN University Module 6:  Windows 2000 Internet
  Authentication Service, (created 1997) Microsoft_WinServer_WSOU000099308

- Internet Authentication Service & Network Policy Server, 05/31/2018,
  https://docs.microsoft.com/en-us/windows/win32/nps/internet-authentication-
  service-vs-network-policy-server, Microsoft_WinServer_WSOU000099451 -
  Microsoft_WinServer_WSOU000099454

- C. Rigney et al., Remote Authentication Dial In User Service (RADIUS), Request
  for Comments: 2058, 01/1997, Microsoft_WinServer_WSOU000100168 -
  Microsoft_WinServer_WSOU000100231

- C. Rigney, RADIUS Accounting, Request for Comments: 2059, 01/1997,
  Microsoft_WinServer_WSOU000100232 -
  Microsoft_WinServer_WSOU000100256

- U.S. Patent Application Publication No. 2003/005350 A1 (Jan. 2, 2003), Koning et al., Record carrier and apparatus for scanning the record carrier, Microsoft_WinServer_WSOU000100785 - Microsoft_WinServer_WSOU000100807

- U.S. Patent No. 5,938,732 (Aug. 17, 1999), Lim et al., Load balancing and failover of network services, Microsoft_WinServer_WSOU000100808 - Microsoft_WinServer_WSOU000100832

- About Network Policy Server, 08/19/2020 https://docs.microsoft.com/en-us/windows/win32/nps/about-network-policy-server, Microsoft_WinServer_WSOU000101594 - Microsoft_WinServer_WSOU000101594

- Network Policy Server (NPS), 07/29/2021 https://docs.microsoft.com/en-us/windows-server/networking/technologies/nps/nps-top, Microsoft_WinServer_WSOU000101595 - Microsoft_WinServer_WSOU000101603

- B. Aboba et al., Review of Roaming Implementation, Request for Comments 2194 (September 1997), Microsoft_WinServer_WSOU000101777 - Microsoft_WinServer_WSOU000101811

- B. Aboba et al., Criteria for Evaluating Roaming Protocols, Request for Comments 2477 (Jan. 1999), Microsoft_WinServer_WSOU000101812 - Microsoft_WinServer_WSOU000101823

- B. Aboba et al., The Network Access Identifier, Request for Comments 2486 (January 1999), Microsoft_WinServer_WSOU000101824 - Microsoft_WinServer_WSOU000101831

- B. Aboba et al., Proxy Chaining and Policy Implementation in Roaming, Request for Comments 2607 (June 1999), Microsoft_WinServer_WSOU000101832 - Microsoft_WinServer_WSOU000101846

- B. Aboba et al., Criteria for Evaluating AAA Protocols for Network Access, Request for Comments 3141 (November 2000), Microsoft_WinServer_WSOU000103080 - Microsoft_WinServer_WSOU000103107

- Lusignan et al., Managing Cisco Network Security:  Building Rock-Solid Networks (2000) Microsoft_WinServer_WSOU000101932 - Microsoft_WinServer_WSOU000102428

- B. Aboba et al., Criteria for Evaluating AAA Protocols for Network Access, Request for Comments 3141 (November 2000),

Microsoft_WinServer_WSOU000103080 -
Microsoft_WinServer_WSOU000103107

- Virtual Private Network Service, Connectoid Guide, Version 2.6, AT&T,
  01/22/1998, Microsoft_WinServer_WSOU000103378 -
  Microsoft_WinServer_WSOU000103405

- R. Chen, "The history of change-packing tools at Microsoft (so far)," 01/22/2018,
  https://devblogs.microsoft.com/oldnewthing/20180122-00/?p=97855,
  Microsoft_WinServer_WSOU000103442 -
  Microsoft_WinServer_WSOU000103448

- T. Zhou, Remote Access Management with RADIUS, 05/31/1999,
  https://www.itprotoday.com/computeengines/remote-access-management-radius,
  Microsoft_WinServer_WSOU000103505 -
  Microsoft_WinServer_WSOU000103516

- Changes in Functionality from Windows Server 2003 with SP1 to Window Server
  2008, 01/21/2008, Microsoft_WinServer_WSOU000103668 -
  Microsoft_WinServer_WSOU000103669

- V. Fajardo, et al., Diameter Base Protocol, Request for Comments: 6733 (October
  2012), (https://datatracker.ietf.org/doc/html/rfc6733),
  Microsoft_WinServer_WSOU000103724 -
  Microsoft_WinServer_WSOU000103875

- Message between Allister Maguire and Ador Dauz, RE: Active Directory,
  07/31/2002, https://www.mail-archive.com/freeradius freeradius
  users@lists.cistron.nl/msg07502.html, Microsoft_WinServer_WSOU000103918 -
  Microsoft_WinServer_WSOU000103919

- Mini-mini-How To freeradius vs ActiveDirectory, 11/17/2005,
  https://lists.freeradius.org/pipermail/freeradiususers/2005-
  November/004510.html, Microsoft_WinServer_WSOU000103924 -
  Microsoft_WinServer_WSOU000103928

- Windows Server 2003, 03/01/2022,
  https://docs.microsoft.com/enus/lifecycle/products/windows-server-2003-,
  Microsoft_WinServer_WSOU000103936 -
  Microsoft_WinServer_WSOU000103937

- GNU General Public License, Version 2, 06/1991,
  https://www.gnu.org/licenses/oldlicenses/gpl-2.0.en.html,
  Microsoft_WinServer_WSOU000103942 -
  Microsoft_WinServer_WSOU000103946

- Roaming Operations (roamops), https://datatracker.ietf.org/wg/roamops/about/, Microsoft_WinServer_WSOU000103113 - Microsoft_WinServer_WSOU000103115

- Aboba et al., PPP EAP TLS Authentication Protocol, Request for Comments: 2716, 10/1999, https://datatracker.ietf.org/doc/html/rfc2716, Microsoft_WinServer_WSOU000103449 - Microsoft_WinServer_WSOU000103472

- U.S. Patent No. 6,125,105 (Sep. 26, 2000), Edwards et al., Method and apparatus for forecasting future values of a time series

- Abdullah & Ganapathy, Neural Network Ensemble For Financial Trend Prediction (2000), Microsoft_Azure_WSOU000092347 - Microsoft_Azure_WSOU000092351

- Bishop, Neural Networks for Pattern Recognition (1995), Microsoft_Azure_WSOU000078726 - Microsoft_Azure_WSOU000079222

- Bolliger et al., A Framework- Based Approach to the Development of Network-Aware Applications, IEEE Transactions on Software Engineering (1998), Microsoft_Azure_WSOU000077197 - Microsoft_Azure_WSOU000077211

- Bowerman et al., Forecasting and Time Series: An Applied Approach, 3d ed. (1993), Microsoft_Azure_WSOU000091538 - Microsoft_Azure_WSOU000091897

- Box et al., Time Series Analysis: Forecasting and Control, Revised ed. (1976), Microsoft_Azure_WSOU000090143 - Microsoft_Azure_WSOU000090261

- Brutlag, Aberrant Behavior Detection in Time Series for Network Monitoring, Proceedings of the 14th Administration Conference (LISA 2000) (2000), Microsoft_Azure_WSOU000078422 - Microsoft_Azure_WSOU000078430

- Casner et al., N-Way Conferencing with Packet Video, Proceedings of the Third International Workshop on Packet Video (1990), Microsoft_Azure_WSOU000078470 - Microsoft_Azure_WSOU000078478

- Chatfied, The Analysis of Time Series: An Introduction, 5th ed. (1996), Microsoft_Azure_WSOU000091433 - Microsoft_Azure_WSOU000091506

- Cheng et al., Neural-Network Connection-Admission Control for ATM Networks, IEE Process Communications (1997), Microsoft_Azure_WSOU000032587 - Microsoft_Azure_WSOU000032592

- Clark, The Design Philosophy of the DARPA Internet Protocols, ACM SIGCOMM Computer Communication Review (1995), Microsoft_Azure_WSOU000078539 - Microsoft_Azure_WSOU000078548

- Cleveland et al., Decomposition of Seasonal Time Series: A Model for the Census X-11 Program, Journal of the American Statistical Association (1976), Microsoft_Azure_WSOU000081741 - Microsoft_Azure_WSOU000081748

- Cole et al., Voice over IP Performance Monitoring, ACM SIGCOMM Computer Communication Review (2001), Microsoft_Azure_WSOU000078069 - Microsoft_Azure_WSOU000078084

- Crawford, Windows 2000 Pro The Missing Manual (2000), Microsoft_Azure_WSOU000092269 - Microsoft_Azure_WSOU000092346

- Emling et al., The Effects of Time Delay and Echoes on Telephone Conversations, Bell System Technical Journal (1963), Microsoft_Azure_WSOU000077968 - Microsoft_Azure_WSOU000077991

- Frossard et al., Joint source/FEC rate selection for optimal MPEG- 2 video delivery, IEEE (2000), Microsoft_Azure_WSOU000078184 - Microsoft_Azure_WSOU000078187

- GEANT Deliverable D9.4 Testing of Traffic Measurement Tools (2001), Microsoft_Azure_WSOU000078132 - Microsoft_Azure_WSOU000078159

- Gent & Sheppard, Predicting Time Series by a Fully Connected Neural network Trained by Back Propagation, Computing & Control Engineering Journal (1992), Microsoft_Azure_WSOU000092369 - Microsoft_Azure_WSOU000092372

- De Gooijer et al., 25 Years of Time Series Forecasting, International Journal of Forecasting 22.3 (2006), Microsoft_Azure_WSOU000077212 - Microsoft_Azure_WSOU000077242

- Hall et al., The Limitations of Artificial Neural Networks for Traffic Prediction, Proc. IEEE Symposium on Computers and Communications (1998), Microsoft_Azure_WSOU000078483 - Microsoft_Azure_WSOU000078487

- Härdle et al., A Review of Nonparametric Time Series Analysis, International Statistical Review (1997), Microsoft_Azure_WSOU000077243 - Microsoft_Azure_WSOU000077266

- Hill et al., Neural Network Models for Time Series Forecasts, Management Science (1996), Microsoft_Azure_WSOU000077267 - Microsoft_Azure_WSOU000077279

- Ho et al., Real-Time Performance Monitoring and Anomaly Detection in the Internet: An Adaptive, Objective-Driven, Mix- and-Match Approach, Bell Labs technical Journal 4.4 (1999), Microsoft_Azure_WSOU000078446 - Microsoft_Azure_WSOU000078464

- Hood et al., Proactive Network-Fault Detection [Telecommunications], IEEE Transactions on Reliability (1997), Microsoft_Azure_WSOU000077940 - Microsoft_Azure_WSOU000077948

- Hochreiter & Schmidhuber, Long Short-Term Memory, Neural Computation (1997), Microsoft_Azure_WSOU000092373 - Microsoft_Azure_WSOU000092418

- Hospodor, Mechanical Access Time Calculation, Adw, Info. Storage Syst. Vol. 6 (1995), Microsoft_Azure_WSOU000078017 - Microsoft_Azure_WSOU000078040

- SLAC National Accelerator Laboratory, Network Monitoring Tools, https://www.slac.stanford.edu/xorg/nmtf/nmtf- tools.html, (2021) Microsoft_Azure_WSOU000077356 - Microsoft_Azure_WSOU000077396

- Hyndman & Athanasopoulos, Forecasting Principles & Practice (2018), Microsoft_Azure_WSOU000081104 - Microsoft_Azure_WSOU000081602

- ITU-T 1998 – ITU-T Recommendation G.107, "The E-Model, a computational model for use in transmission planning" (1998), Microsoft_Azure_WSOU000078085 - Microsoft_Azure_WSOU000078107

- Jiang et al., Modeling of Packet Loss and Delay and Their Effect on Real-Time Multimedia Service Quality, The 10th International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV) (2000), Microsoft_Azure_WSOU000078491 - Microsoft_Azure_WSOU000078500

- A. Kershenbaum et al., Network Management and Control, Plenum Press (1990), Microsoft_Azure_WSOU000080667 - Microsoft_Azure_WSOU000081099

- Kostas et al., Real-Time Voice Over Packet-Switched Networks, IEEE Network, 12.1 (1998), Microsoft_Azure_WSOU000077280 - Microsoft_Azure_WSOU000077289

- Kurose & Ross 2001 – Kurose et al., Computer Networking: A Top-Down Approach Featuring the Internet (First Edition) (2001), Microsoft_Azure_WSOU000090262 - Microsoft_Azure_WSOU000090998

- LeCun & Bengio, Convolutional Networks for Images, Speech, and Time-Series, in The Handbook of Brain Theory and Neural Networks, MIT Press (1995), Microsoft_Azure_WSOU000092424 - Microsoft_Azure_WSOU000092437

- Leiner et al., The DARPA Internet Protocol Suite, IEEE Communications Magazine 23.3 (1985), Microsoft_Azure_WSOU000078003 - Microsoft_Azure_WSOU000078008

- Leiner et al., Brief History of the Internet, Internet Society (1997), Microsoft_Azure_WSOU000077949 - Microsoft_Azure_WSOU000077967

- Maravall, An Application of TRAMO and SEATS. Banco de España (Madrid). Servicio de Estudios (1999), Microsoft_Azure_WSOU000078579 - Microsoft_Azure_WSOU000078719

- Mohamed et al., Real-Time Video Quality Assessment in Packet Networks: A Neural Network Model, Research Report RR-4186, INRIA (2001), Microsoft_Azure_WSOU000077332 - Microsoft_Azure_WSOU000077355

- Nance, Netmon Professional Edition, Network World (2007), Microsoft_Azure_WSOU000079223 - Microsoft_Azure_WSOU000079227

- Nelson et al., Time Series Forecasting Using Neural Networks: Should the Data be Deseasonalized First?, Journal of Forecasting, (1999), Microsoft_Azure_WSOU000092449 - Microsoft_Azure_WSOU000092457

- Ng, Advances in Disk Technology: Performance Issues, Computer (1998), Microsoft_Azure_WSOU000078041 - Microsoft_Azure_WSOU000078047

- Paxson & Mahdavi, An Architecture for Large-Scale Internet Measurement (1998), Microsoft_Azure_WSOU000092352 - Microsoft_Azure_WSOU000092358

- Padhye et al., Modeling TCP Throughput: A Simple Model and its Empirical Validation, ACM SIGCOMM Computer Communication Review Volume 28 Issue 4 (1998), Microsoft_Azure_WSOU000078162 - Microsoft_Azure_WSOU000078173

- Reilly, The Windows NT Performance Monitor, ITPro Today (1997), Microsoft_Azure_WSOU000092461 - Microsoft_Azure_WSOU000092469

- Robson, Evidence for Trends in UK Flooding, Philosophical Transactions: Mathematical, Physical and Engineering Science (2002), Microsoft_Azure_WSOU000077290 - Microsoft_Azure_WSOU000077307

- Sarajedini et al., Quality of Service Prediction Using Neural Networks, Proc. IEEE Military  Communications Conference (1996), Microsoft_Azure_WSOU000081100 - Microsoft_Azure_WSOU000081103

- Sasisekharan etl., Proactive Network Maintenance Using Machine Learning, Proceedings of the IEEE Global Telecommunications Conference (1993), Microsoft_Azure_WSOU000078508 - Microsoft_Azure_WSOU000078513

- The PC Guide, Settle Time (2000), Microsoft_Azure_WSOU000078016 - Microsoft_Azure_WSOU000078016

- The PC Guide, Command Overhead Time (2000), Microsoft_Azure_WSOU000078015 - Microsoft_Azure_WSOU000078015

- The PC Guide, Seek Time (2000), Microsoft_Azure_WSOU000078013 - Microsoft_Azure_WSOU000078014

- The PC Guide, Latency (2000), Microsoft_Azure_WSOU000078011 - Microsoft_Azure_WSOU000078012

- The PC Guide, Access Time (2000), Microsoft_Azure_WSOU000078009 - Microsoft_Azure_WSOU000078010

- Wang, et al., Design of Intelligent Network Performance Analysis & Forecast Support System, Wuhan University Journal of Natural Sciences 6.3 (2001), Microsoft_Azure_WSOU000078465 - Microsoft_Azure_WSOU000078469

- Wasserman, All of Statistics, A Concise Course in Statistical Inference (2004), Microsoft_Azure_WSOU000079928 - Microsoft_Azure_WSOU000080373

- Weisberg, Applied Linear Regression (2nd Edition) (1985), Microsoft_Azure_WSOU000091307 - Microsoft_Azure_WSOU000091432

- Wood & Dasgupta, Classifying Trend Movements in the MSCI U.S.A. Capital Market Index – A Comparison of Regression, ARIMA, and Neural Networks, Computers Ops Research (1996), Microsoft_Azure_WSOU000092492 - Microsoft_Azure_WSOU000092503

- Yamamoto et al., Impact of Network Performance Parameters on the End to End Perceived Speech Quality, Proc. EXPERT ATM Traffic Symposium (1997), Microsoft_Azure_WSOU000077992 - Microsoft_Azure_WSOU000078002

- Summary Page, (2021) Microsoft_Azure_WSOU000078574 - Microsoft_Azure_WSOU000078578

- Zaiyong et al., Time Series Forecasting Using Neural Networks vs. Box- Jenkins Methodology, Simulation 57.5 (1991), Microsoft_Azure_WSOU000081749 - Microsoft_Azure_WSOU000081756

- Zhang & Qi, Neural Network Forecasting for Seasonal and Trend Time Series, European Journal of Operational Research (2005), Microsoft_Azure_WSOU000092504 - Microsoft_Azure_WSOU000092518

- J. Postel, "User Datagram Protocol," RFC 768, August 1980, Microsoft_Azure_WSOU000077799 - Microsoft_Azure_WSOU000077801

- "Internet Protocol DARPA Internet Program Protocol Specification," RFC 791, September 1981, Microsoft_Azure_WSOU000077802 - Microsoft_Azure_WSOU000077850

- "Transmission Control Protocol DARPA Internet Program Protocol Specification," RFC 793, September 1981, Microsoft_Azure_WSOU000077851 - Microsoft_Azure_WSOU000077939

- K. McCloghrie, "Management Information Base for Network Management of TCP/IP-based Internets," RFC 1066, August 1988, Microsoft_Azure_WSOU000082098 - Microsoft_Azure_WSOU000082187

- J. Case et al., "A Simple Network Management Protocol," RFC 1067, August 1988, Microsoft_Azure_WSOU000082031 - Microsoft_Azure_WSOU000082063

- J. Case et a., "A Simple Network Management Protocol," RFC 1098, April 1989, Microsoft_Azure_WSOU000082064 - Microsoft_Azure_WSOU000082097

- R. Braden, "Requirements for Internet Hosts -- Communication Layers," RFC 1122, October 1989, Microsoft_Azure_WSOU000078190 - Microsoft_Azure_WSOU000078305

- R. Stine, "FYI on a Network Management Tool Catalog: Tools for Monitoring and Debugging TCP/IP Internets and Interconnected Devices," RFC 1147, April 1990, Microsoft_Azure_WSOU000076323 - Microsoft_Azure_WSOU000076448

- M. Rose et al., "Structure and Identification of Management Information for TCP/IP-Based Internets," RFC 1155, May 1990, Microsoft_Azure_WSOU000077397 - Microsoft_Azure_WSOU000077418

- K. McCloghrie, "Management Information Base for Network Management of TCP/IP-based Internets," RFC 1156, May 1990, Microsoft_Azure_WSOU000082188 - Microsoft_Azure_WSOU000082278

- J. Case et al., "A Simple Network Management Protocol (SNMP)," RFC 1157, May 1990, Microsoft_Azure_WSOU000077419 - Microsoft_Azure_WSOU000077454

- K. McLoughrie et al., "Management Information Base for Network Management of TCP/IP-based Internets: MIB II," RFC 1213, March 1991, Microsoft_Azure_WSOU000082279 - Microsoft_Azure_WSOU000082348

- S. Waldbusser, "Remote Network Monitoring Management Information Base," RFC 1271, Nov. 1991, Microsoft_Azure_WSOU000082699 - Microsoft_Azure_WSOU000082779

- G. Malkin, "Traceroute Using an IP Option," RFC 1393, January 1993, Microsoft_Azure_WSOU000082692 - Microsoft_Azure_WSOU000082698

- R. Enger et al., "FYI on a Network Management Tool Catalog: Tools for Monitoring and Debugging TCP/IP Internets and Interconnected Devices," RFC 1470, June 1993, Microsoft_Azure_WSOU000082485 - Microsoft_Azure_WSOU000082676

- Y. Rekhter et al., "A Border Gateway Protocol 4 (BGP-4)," RFC 1771, March 1995, Microsoft_Azure_WSOU000077455 - Microsoft_Azure_WSOU000077511

- T. Berners-Lee, "Hypertext Markup Language - 2.0," RFC 1866, November 1995, Microsoft_Azure_WSOU000077512 - Microsoft_Azure_WSOU000077588

- K. McCloghrie, "SNMPv2 Management Information Base for the Transmission Control Protocol Using SMIv2," RFC 2012, November 1996, Microsoft_Azure_WSOU000082349 - Microsoft_Azure_WSOU000082358

- R. Fielding et al., "Hypertext Transfer Protocol – HTTP/1.1," RFC 2068, January 1997, Microsoft_Azure_WSOU000081757 - Microsoft_Azure_WSOU000081918

- V. Paxon et al., "Framework for IP Performance Metrics," RFC 2330, May 1998, Microsoft_Azure_WSOU000081919 - Microsoft_Azure_WSOU000081958

- S. Parker et al, "Some Testing Tools for TCP Implementors," RFC 2398, August 1998, Microsoft_Azure_WSOU000082677 - Microsoft_Azure_WSOU000082691

- S. Deering et al., "Internet Protocol, Version 6 (IPv6_ Specification," RFC 2460, December 1998, Microsoft_Azure_WSOU000078383 - Microsoft_Azure_WSOU000078421

- M Allman et al., "TCP Congestion Control," RFC 2581, April 1999, Microsoft_Azure_WSOU000078306 - Microsoft_Azure_WSOU000078319

- R. Fielding et al., "Hypertext Transfer Protocol -- HTTP/1.1," RFC 2616, June 1999, Microsoft_Azure_WSOU000077589 - Microsoft_Azure_WSOU000077702

- G. Almes et al., "A One-way Delay Metric for IPPM," RFC 2679, September 1999, Microsoft_Azure_WSOU000081959 - Microsoft_Azure_WSOU000081978

- G. Almes et al., "A One-way Packet Loss Metric for IPPM," RFC 2680, September 1999, Microsoft_Azure_WSOU000078431 - Microsoft_Azure_WSOU000078445

- G. Almes et al., "A Round-trip Delay Metric for IPPM," RFC 2681, September 1999, Microsoft_Azure_WSOU000081979 - Microsoft_Azure_WSOU000081998

- M. Mathis et al., "A Framework for Defining Empirical Bulk Transfer Capacity Metrics, RFC 3148, July 2001, Microsoft_Azure_WSOU000081999 - Microsoft_Azure_WSOU000082014

- S. Dawkins et al., "End-to-end Performance Implications of Links with Errors," RFC 3155, August 2001, Microsoft_Azure_WSOU000082015 - Microsoft_Azure_WSOU000082030

- K. Ramakrishnan et al., "The Addition of Explicit Congestion Notification (ECN) to IP," RFC 3168, September 2001, Microsoft_Azure_WSOU000078320 - Microsoft_Azure_WSOU000078382

- M. Belshe et al., "Hypertext Transfer Protocol Version 2 (HTTP/2)," RFC 7540, May 2015, Microsoft_Azure_WSOU000077703 - Microsoft_Azure_WSOU000077798

- U.S. Patent No. 6,839,754 (Jan. 4, 2005), Nowak et al., Network tomography using closely-spaced unicast packets

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092421 - Microsoft_Azure_WSOU000092423

- Chataut et al., Tools for Application Performance Management, in Proc. 5th World Conference on Integ. Design & Process Technology (July 2000), Microsoft_Azure_WSOU000092575 - Microsoft_Azure_WSOU000092582

- Shaikh et al., Evaluation of End-to-End QoS Mechanisms in IP Networks, ICN 2001, LNCS 2094 (Jan. 2001), Microsoft_Azure_WSOU000092519 - Microsoft_Azure_WSOU000092529

- Shaikh et al., End-to-End Testing of IP QoS Mechanisms, IEEE Computer (May 2002), Microsoft_Azure_WSOU000092583 - Microsoft_Azure_WSOU000092590

- PATROL® for Performance Management for Microsoft Exchange Server (April 2001), Microsoft_Azure_WSOU000031678 - Microsoft_Azure_WSOU000031682

- Duffield et al., Inferring Link Loss Using Striped Unicast Probes, IEEE INFOCOM 2001 (2001), Microsoft_Azure_WSOU000032802 - Microsoft_Azure_WSOU000032810

- Duffield et al., Network Loss Tomography Using Striped Unicast Probes, IEEE/ACM Transactions on Networking (2006), Microsoft_Azure_WSOU000031962 - Microsoft_Azure_WSOU000031975

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092458 - Microsoft_Azure_WSOU000092460

- Hauge et al., Multicast in 3G networks: Employment of Existing IP Multicast Protocols in UMTS, WOWMOM '02 (2002), Microsoft_Azure_WSOU000092440 - Microsoft_Azure_WSOU000092448

- Padmanabhan et al., Server-based Inference of Internet Link Lossiness, IEEE (2003), Microsoft_Azure_WSOU000004461 - Microsoft_Azure_WSOU000004471

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092487 - Microsoft_Azure_WSOU000092489

- IEEE Summary Page, (2021)  Microsoft_Azure_WSOU000092359 - Microsoft_Azure_WSOU000092361

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092490 - Microsoft_Azure_WSOU000092491

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092438 - Microsoft_Azure_WSOU000092439

- IEEE Summary Page, (2021) Microsoft_Azure_WSOU000092419 - Microsoft_Azure_WSOU000092420

- Declaration of Ingrid Hsieh-Yee, Ph.D., Regarding Public Accessibility of a Prior Art Reference, with Appendices A-B, 0001A-0001D and Exhibit 1, January 28, 2022

- Microsoft Windows 2000 Server Resource Kit - Tools and Utilities.iso, Microsoft_WinServer_Native_WSOU_000000001

- mswin2ksrvrrskt.iso, Microsoft_WinServer_Native_WSOU_000000002

- Win2k Resource Kit Help Files, Microsoft_WinServer_Native_WSOU_000000003

- win2000_srv.x86_en-us.iso, Microsoft_WinServer_Native_WSOU_000000004

- Windows 2000 Advanced Server - Help Files,
  Microsoft_WinServer_Native_WSOU_000000005

- FreeRADIUS – A multi-protocol policy server, all source code available at
  https://github.com/FreeRADIUS/freeradius-server,
  Microsoft_WinServer_Native_WSOU_000000008

- FreeRADIUS – A multi-protocol policy server, all source code available at
  https://github.com/FreeRADIUS/freeradius-server,
  Microsoft_WinServer_Native_WSOU_000000009

- Photo of CD ROM Case Microsoft WindowsNT Server,
  Microsoft_WinServer_WSOU_000079864 -
  Microsoft_WinServer_WSOU_000079865

- Photo of CD ROM Case Microsoft WindowsNT Server,
  Microsoft_WinServer_WSOU_000079866 -
  Microsoft_WinServer_WSOU_000079867

- Photo of CD ROM Case Microsoft WindowsNT Server,
  Microsoft_WinServer_WSOU_000079868 -
  Microsoft_WinServer_WSOU_000079869

- Photo of CD ROM Windows2000 Server, Includes Service Pack 1,
  Microsoft_WinServer_WSOU_000079870 -
  Microsoft_WinServer_WSOU_000079870

- Photo of CD ROM Windows2000 Server,
  Microsoft_WinServer_WSOU_000079871 -
  Microsoft_WinServer_WSOU_000079871

- Instructions Microsoft Windows 2000 OEM preinstallation kit with SP3,
  Microsoft_WinServer_WSOU_000079876 -
  Microsoft_WinServer_WSOU_000079877

- Photo of Manual Cover for Microsoft Windows 2000 Server,
  Microsoft_WinServer_WSOU_000079878 -
  Microsoft_WinServer_WSOU_000079880

- Photo of Manual Cover for Microsoft Windows 2000 Server,
  Microsoft_WinServer_WSOU_000079881 -
  Microsoft_WinServer_WSOU_000079883

- Photo of Microsoft Windows 2000 Server Resource Kit, with Documentation,
  Microsoft_WinServer_WSOU_000079884 -
  Microsoft_WinServer_WSOU_000079884

- Windows Desktop Software OPK Supplement Letter, 12/1/2002, Microsoft_WinServer_WSOU_000079885 - Microsoft_WinServer_WSOU_000079886

- Normandy Beta One Release Notes, Microsoft, 06/1996, Microsoft_WinServer_WSOU_000079894 - Microsoft_WinServer_WSOU_000079923

- Normandy Functional Specification, Microsoft, 04/03/1996, Microsoft_WinServer_WSOU_000079924 - Microsoft_WinServer_WSOU_000080543

- Normandy Microsoft Information Retrieval System– Microsoft Content Replication Server Documentation, Microsoft, 06/1996, Microsoft_WinServer_WSOU_000080544 - Microsoft_WinServer_WSOU_000080764

- Normandy Microsoft Internet Chat Documentation, Microsoft, 06/1996, Microsoft_WinServer_WSOU_000080765 - Microsoft_WinServer_WSOU_000081004

- Normandy Microsoft Internet Mail Server – Microsoft Tigris Server Documentation, Microsoft, 06/1996, Microsoft_WinServer_WSOU_000081005 - Microsoft_WinServer_WSOU_000081171

- Normandy Microsoft Internet Personalization System Documentation, Microsoft, 06/1996, Microsoft_WinServer_WSOU_000081172 - Microsoft_WinServer_WSOU_000081359

- A. Bjornerstedt et al., Replication between Geographically Separated Clusters - An Asynchronous Scalable Replication Mechanism for Very High Availability, DDTel 2001: Databases in Telecommunications II pp. 102-115, Microsoft_WinServer_WSOU000000980 - Microsoft_WinServer_WSOU000000984

- U.S. Patent No. 6,230,281 (May 8, 2001), Brodfuhrer et al., Geographic redundancy protection method and apparatus for a communications network, Microsoft_WinServer_WSOU000000985 - Microsoft_WinServer_WSOU000001006

- High Availability Design for Embedded Systems, Wind River - Tornado 3/VxWorks AE White Paper, 08/21/2001, Microsoft_WinServer_WSOU000001121 - Microsoft_WinServer_WSOU000001131

- Tornado Tools 3 IDE for VxWorks AE Datasheet, Wind River, 08/21/2001

- L. Hennert & A. Larruy, TelOrb—The Distributed Communications Operating System, Ericsson, Review No. 3, 1999 (as captured from Internet Archive on 12/07/2001], Microsoft_WinServer_WSOU000001148 - Microsoft_WinServer_WSOU000001149)

- G. Ahlforn & E. Ornulf, Ericsson's Family of Carrier- Class Technologies, Ericsson, 02/08/2002, Microsoft_WinServer_WSOU000001150 - Microsoft_WinServer_WSOU000001155

- WO 01/97483 (Dec. 20, 2001), Hung et al., Dynamic IP address allocation system and method, Microsoft_WinServer_WSOU000001164 - Microsoft_WinServer_WSOU000001187

- U.S. Patent No. 6,324,580 B1 (Nov. 27, 2001), Jindal et al., Load balancing for replicated services, Microsoft_WinServer_WSOU000001212 - Microsoft_WinServer_WSOU000001226

- U.S. Patent No. 8,769,132 B2 (July 1, 2014), Sreenivasan et al., Flexible failover policies in high availability computing systems, Microsoft_WinServer_WSOU000001227 - Microsoft_WinServer_WSOU000001237

- U.S. Patent Application Publication No. 2001/0047412 A1 (Nov. 29, 2001), Weinman, Method and apparatus for maximizing distance of data mirrors, Microsoft_WinServer_WSOU000001238 - Microsoft_WinServer_WSOU000001252

- W. Vogels & R. Gamache et al., The Design and Architecture of the Microsoft Cluster Service—A Practical Approach to High-Availability and Scalability ("MSCS"), Cornell University and Microsoft Corporation, 06/25/1998, Microsoft_WinServer_WSOU000001253 - Microsoft_WinServer_WSOU000001262

- Clustering In Borland AppServer, Borland, 02/10/2001, https://web.archive.org/web/2001021 0084019/http://www.borland.com/appserver/papers/clustering.html, Microsoft_WinServer_WSOU000001263 - Microsoft_WinServer_WSOU000001267

- DX-1147: AppServer, Borland, 02/08/2001, https://web.archive.org/web/20010208094029/http://www.borland.com/appserver/ papers/appsrvr/, Microsoft_WinServer_WSOU000001268 - Microsoft_WinServer_WSOU000001270

- TelOrb—A Cobra Compliant Distributed Processing Environment for Mission Critical Real-Time Applications, Ericsson, 12/19/2001,

Microsoft_WinServer_WSOU000001271 -
Microsoft_WinServer_WSOU000001294

- DX-1149: TelOrb, A Visionary Look at TelORB, Ericsson, 12/19/2001,
  https://web.archive.org/web/20011219195343/http://www.telorb.com/vision.html,
  Microsoft_WinServer_WSOU000001295 -
  Microsoft_WinServer_WSOU000001295

- TelOrb, TelORB and Future Software, Ericsson, 12/19/2001,
  https://web.archive.org/web/20011014144420/http://www.telorb.com/software.ht
  ml, Microsoft_WinServer_WSOU000001296 -
  Microsoft_WinServer_WSOU000001296

- TelOrb, Architecture, Ericsson, 12/19/2001,
  https://web.archive.org/web/20011014142341/http://www.telorb.com/architecture
  .html

- TelOrb, Very High Availability, Ericsson, 12/19/2001,
  https://web.archive.org/web/20011014154751/http://www.telorb.com/v_h_availab
  ility.html, Microsoft_WinServer_WSOU000001298 -
  Microsoft_WinServer_WSOU000001298

- Understanding Active Directory Replication, TechRepublic, 02/16/2001,
  https://www.techrepublic.com/article/understanding-active-directory-replication/

- Professor Windows, VPN Deployment Using Windows 2000, Microsoft TechNet,
  03/31/2001,
  https://web.archive.org/web/20010331100755/http://www.microsoft.com/technet/
  profwin/default.asp#b, Microsoft_WinServer_WSOU000001310 -
  Microsoft_WinServer_WSOU000001316

- Microsoft SQL Server – Product Overview, Microsoft, 01/27/2002,
  https://web.archive.org/web/20020127181013/http://www.microsoft.com/sql/eval
  uation/overview/default.asp, Microsoft_WinServer_WSOU000001317 -
  Microsoft_WinServer_WSOU000001318

- Microsoft SQL Server – SQL Server 2000 Product Guide, Microsoft, 02/02/2002,
  https://web.archive.org/web/20020202174017/http://www.microsoft.com/sql/eval
  uation/overview/productguide.asp, Microsoft_WinServer_WSOU000001319 -
  Microsoft_WinServer_WSOU000001320

- SQL Server System Administrator – Chapter 9, Replication, Microsoft TechNet,
  06/09/2001,
  https://web.archive.org/web/20010609225904/http://www.microsoft.com/TechNe
  t/sql/replica.asp, Microsoft_WinServer_WSOU000001321 -
  Microsoft_WinServer_WSOU000001364

- How to Deploy Active Directory, Microsoft TechNet, 06/03/2001, https://web.archive.org/web/20010603193008/http://www.microsoft.com/technet/win2000/win2ksrv/add.asp, Microsoft_WinServer_WSOU000001365 - Microsoft_WinServer_WSOU000001366

- What Active Directory Can Do For You, 08/11/2000, https://web.archive.org/web/20010516135256/http://www.microsoft.com/wind0ws2000/server/evaluation/business/gettoknowad.asp, Microsoft_WinServer_WSOU000001367 - Microsoft_WinServer_WSOU000001370

- Enterprise Identity Management, Microsoft, 01/17/2001 [Draft], Microsoft_WinServer_WSOU000001371 - Microsoft_WinServer_WSOU000001385

- Managing Identity within an Enterprise, Microsoft, 01/17/2001, https://web.archive.org/web/20020203013445/http://www.microsoft.com/window52000/server/evaluation/business/eim.asp, Microsoft_WinServer_WSOU000001386 - Microsoft_WinServer_WSOU000001387

- A. Bjornerstedt et al., Replication Between Geographically Separated Cluster – An Asynchronous Scalable Replication Mechanism for Very High Availability, Ericsson, 09/10/2001, Microsoft_WinServer_WSOU000001388 - Microsoft_WinServer_WSOU000001401

- F. Jones, Jambala—Intelligence Beyond Digital Wireless, Ericsson, 12/11/2001, Microsoft_WinServer_WSOU000001402 - Microsoft_WinServer_WSOU000001407

- U.S. Patent No. 7,702,726 B1 (Apr. 20, 2010), Grabelsky et al., System and methods for providing presence services in IP network, Microsoft_WinServer_WSOU000001408 - Microsoft_WinServer_WSOU000001458

- U.S. Patent Application Publication No. 2003/005350 A1 (Jan. 2, 2003), Koning et al., Failover management system, Microsoft_WinServer_WSOU000001459 - Microsoft_WinServer_WSOU000001480

- U.S. Patent No. 6,412,077 B1 (June 25, 2002), Roden et al., Disconnect policy for distributed computing systems, Microsoft_WinServer_WSOU000001481 - Microsoft_WinServer_WSOU000001545

- U.S. Patent No. 6,795,705 B1 (Sept. 21, 2004), Warrier et al., Hot standby protocol for wireless devices, Microsoft_WinServer_WSOU000001546 - Microsoft_WinServer_WSOU000001556

25

- U.S. Patent No. 7,054,910 B1 (May 30, 2006), Nordin et al., Data replication facility for distributed computing environments, Microsoft_WinServer_WSOU000001557 - Microsoft_WinServer_WSOU000001582

- U.S. Patent No. 7,080,151 B1 (July 18, 2006), Borella et al., Method and system for mobile IP home agent redundancy by using home agent control nodes for managing multiple home agents, Microsoft_WinServer_WSOU000001583 - Microsoft_WinServer_WSOU000001614

- U.S. Patent No. 7,124,204 B2 (Oct. 17, 2006), Givoly et al., Threshold-based database synchronization system and method, Microsoft_WinServer_WSOU000001615 - Microsoft_WinServer_WSOU000001634

- U.S. Patent No. 7,191,438 B2 (Mar. 13, 2007), Bryan, Computer functional architecture and a locked down environment in a client-server architecture, Microsoft_WinServer_WSOU000001635 - Microsoft_WinServer_WSOU000001727

- U.S. Patent No. 7,206,826 B1 (Apr. 17, 2007), Parker et al., Configuration recovery after gateway failure, Microsoft_WinServer_WSOU000001728 - Microsoft_WinServer_WSOU000001738

- U.S. Patent No. 8,078,730 B2 (Dec. 13, 2011), Travostino, System, device, and method for maintaining communication sessions in a communication system, Microsoft_WinServer_WSOU000001739 - Microsoft_WinServer_WSOU000001752

- DX-1174: U.S. Patent Application Publication No. 2002/0010865 A1 (June 24, 2002), Fulton et al., Method and apparatus for remote office access management, Microsoft_WinServer_WSOU000001753 - Microsoft_WinServer_WSOU000001789

- Overview: ICS for Microsoft RAS, Commercial Edition, Microsoft Internet Services Network, 01/04/2001, Microsoft_WinServer_WSOU000001991 - Microsoft_WinServer_WSOU000001993

- Active Directory Features, 06/15/1999, Microsoft_WinServer_WSOU000002017 - Microsoft_WinServer_WSOU000002019

- Active Directory Overview, Microsoft, 06/30/1999, Microsoft_WinServer_WSOU000002020 - Microsoft_WinServer_WSOU000002032

- S. Riley, Active Directory Replication over Firewalls, 03/2001, Microsoft_WinServer_WSOU000002033 - Microsoft_WinServer_WSOU000002049

- Innosoft Directory Solutions, Innosoft Directory Services (IDS) Product Information, 09/15/1999, Microsoft_WinServer_WSOU000002050 - Microsoft_WinServer_WSOU000002051

- Lightweight Directory Access Protocol (Version 3) Specifications, Innosoft Int'l Inc., 04/2001, Microsoft_WinServer_WSOU000002052 - Microsoft_WinServer_WSOU000002054

- M. Wahl et al., Request for Comments: 2251 – Lightweight Directory Access Protocol (v3), 12/1997, Microsoft_WinServer_WSOU000002067 - Microsoft_WinServer_WSOU000002116

- M. Wahl et al., Request for Comments: 2252 – Lightweight Directory Access Protocol (v3): Attribute Syntax Definitions, 12/1997, Microsoft_WinServer_WSOU000002117 - Microsoft_WinServer_WSOU000002148

- M. Wahl et al., Request for Comments: 2253 – Lightweight Directory Access Protocol (v3): UTF-8 String Representation of Distinguished Names, 12/1997, Microsoft_WinServer_WSOU000002149 - Microsoft_WinServer_WSOU000002158

- T. Howes, Request for Comments: 2254 – The String Representation of LDAP Search Filters, 12/1997, Microsoft_WinServer_WSOU000002159 - Microsoft_WinServer_WSOU000002166

- T. Howes et al., Request for Comments: 2255 – The LDAP URL Format, 12/1997, Microsoft_WinServer_WSOU000002167 - Microsoft_WinServer_WSOU000002176

- M. Wahl, Request for Comments: 2256 – A Summary of the X.500 (96) User Schema for use with LDAPv3, 12/1997, Microsoft_WinServer_WSOU000002177 - Microsoft_WinServer_WSOU000002196

- W. Yeong et al., Request for Comments: 1777 – Lightweight Directory Access Protocol, 03/1995, Microsoft_WinServer_WSOU000002197 - Microsoft_WinServer_WSOU000002218

- T. Howes et al., Request for Comments: 1778 – The String Representation of Standard Attribute Syntaxes, 03/1995, Microsoft_WinServer_WSOU000002219 - Microsoft_WinServer_WSOU000002230

- S. Kille, Request for Comments: 1779 – A String Representation of Distinguished Names, 03/1995, Microsoft_WinServer_WSOU000002231 - Microsoft_WinServer_WSOU000002238

- A. Young, Request for Comments: 1798 – Connection-less Lightweight Directory Access Protocol, 06/1995, Microsoft_WinServer_WSOU000002239 - Microsoft_WinServer_WSOU000002247

- T. Howes, Request for Comments: 1960 – A String Representation of LDAP Search Filters, 06/1995, Microsoft_WinServer_WSOU000002248 - Microsoft_WinServer_WSOU000002250

- T. Howes et al., Request for Comments: 1823 – The LDAP Application Program Interface, 08/1995, Microsoft_WinServer_WSOU000002251 - Microsoft_WinServer_WSOU000002272

- Get IT Done: Introducing Windows 2000 Routing and Remote Access (Explore the Capabilities of Windows 2000 Remote Access), TechRepublic, 10/20/2000, https://www.techrepublic.com/article/get-it-done-introducing-windows-2000-routing-and-remote-access/, Microsoft_WinServer_WSOU000002273 - Microsoft_WinServer_WSOU000002286

- Active Directory Overview, Microsoft, 06/30/1999, Microsoft_WinServer_WSOU000002287 - Microsoft_WinServer_WSOU000002299

- Windows 2000 Server Deployment and Planning Guide (from the Windows 2000 Resource Kit), Microsoft TechNet, 06/10/2001, Microsoft_WinServer_WSOU000002300 - Microsoft_WinServer_WSOU000002300

- Windows 2000 Server Deployment Planning Guide, Chapter 9 - Designing the Active Directory Structure, Microsoft TechNet, 06/10/2001, Microsoft_WinServer_WSOU000002301 - Microsoft_WinServer_WSOU000002382

- Windows 2000 Server Deployment Planning Guide, Chapter 18 - Ensuring the Availability of Applications and Services, Microsoft TechNet, 04/17/2001, Microsoft_WinServer_WSOU000002383 - Microsoft_WinServer_WSOU000002450

- A. Bjornerstedt, Asynchronous Scalable Replication Mechanism for Very High Availability, 09/2001, Microsoft_WinServer_WSOU000002451 - Microsoft_WinServer_WSOU000002454

- VLDB 2001 Workshop on Databases in Telecommunications, 09/10/2001, Microsoft_WinServer_WSOU000002455 - Microsoft_WinServer_WSOU000002455

- VLDB 2001 Programme, 08/30/2001, Microsoft_WinServer_WSOU000002457 - Microsoft_WinServer_WSOU000002458

- T. Murphy, The CDMA2000 Packet Core Network, Ericsson, 12/07/2001T. Murphy, The CDMA2000 Packet Core Network Abstract, Ericsson No. 2, 2001, Microsoft_WinServer_WSOU000002459 - Microsoft_WinServer_WSOU000002461

- G. Ahlforn & E. Ornulf, Ericsson's Family of Carrier- Class Technologies, Ericsson, 02/08/2002, Microsoft_WinServer_WSOU000002462 - Microsoft_WinServer_WSOU000002463

- F. Jones, Jambala—Intelligence Beyond Digital Wireless, Ericsson, 12/11/2001, Microsoft_WinServer_WSOU000002464 - Microsoft_WinServer_WSOU000002465

- U.S. Patent No. 6,216,126 B1 (Apr. 10, 2001), Ronström, Method for transaction within a distributed database, Microsoft_WinServer_WSOU000002466 - Microsoft_WinServer_WSOU000002483

- U.S. Patent No. 6,366,558 B1 (Apr. 2, 2002), Howes et al., Method and apparatus for maintaining connection state between a connection manager and a failover device, Microsoft_WinServer_WSOU000002484 - Microsoft_WinServer_WSOU000002505

- B. Aboba et al, "VPN University Module 6:  RADIUS, (created 1997) Microsoft_WinServer_WSOU000064698 - Microsoft_WinServer_WSOU000064698

- Microsoft Windows 2000 Advanced Server Help File – Network Load Balancing Clusters, Microsoft, 02/17/1999, Microsoft_WinServer_WSOU000065479 - Microsoft_WinServer_WSOU000065525

- Microsoft Windows 2000 Advanced Server Help File – Active Directory, Microsoft, 02/17/1999, Microsoft_WinServer_WSOU000065526 - Microsoft_WinServer_WSOU000065668

- U.S. Patent No. 6,195,705 B1 (Feb. 27, 2001), Leung, Mobile IP mobility agent standby protocol

- Windows 2000 - How It Works, 08/15/2000, Microsoft_WinServer_WSOU000077034 - Microsoft_WinServer_WSOU000077035

- Active Directory Display Specifiers, 04/19/1999,
  Microsoft_WinServer_WSOU000077036 -
  Microsoft_WinServer_WSOU000077036

- Active Directory Architecture, 10/12/1999,
  Microsoft_WinServer_WSOU000077037 -
  Microsoft_WinServer_WSOU000077038

- B. Jewell, Request for Comments: 2787 - Definitions of Managed Objects for the
  Virtual Router Redundancy Protocol, 03/2000,
  Microsoft_WinServer_WSOU000077362 -
  Microsoft_WinServer_WSOU000077392

- Active Directory Glossary, Microsoft Windows 2000 Server, 07/20/1999,
  Microsoft_WinServer_WSOU000077716 -
  Microsoft_WinServer_WSOU000077724

- Active Directory Interoperability and Metadirectory Overview, Windows 2000
  Server; 03/03/2000, Microsoft_WinServer_WSOU000077725 -
  Microsoft_WinServer_WSOU000077727

- Active Directory Migration Tool Overview, Microsoft Windows 2000 Server,
  03/10/2000, Microsoft_WinServer_WSOU000077728 -
  Microsoft_WinServer_WSOU000077730

- Active Directory Service Interfaces, Microsoft Windows 2000 Server,
  04/19/1999, Microsoft_WinServer_WSOU000077731 -
  Microsoft_WinServer_WSOU000077731

- Active Directory Service Interfaces Overview, Microsoft Windows 2000 Server,
  05/05/1999, Microsoft_WinServer_WSOU000077732 -
  Microsoft_WinServer_WSOU000077733

- Active Directory Users, Computers, and Groups, Microsoft Windows 2000
  Server, 02/29/2000, Microsoft_WinServer_WSOU000077734 -
  Microsoft_WinServer_WSOU000077734

- Internet Authentication Service for Windows 2000, Microsoft Windows 2000,
  06/01/2000, Microsoft_WinServer_WSOU000077735 -
  Microsoft_WinServer_WSOU000077735

- Network Load Balancing Technical Overview, Microsoft Windows 2000
  Advanced Server, 03/16/2000, Microsoft_WinServer_WSOU000077736 -
  Microsoft_WinServer_WSOU000077737

- What's New in Cluster Service, Microsoft Windows 2000 Advanced Server, 07/28/2000, Microsoft_WinServer_WSOU000077738 - Microsoft_WinServer_WSOU000077739

- Windows 2000 Clustering: Performing a Rolling Upgrade, Microsoft Windows 2000 Server, 04/10/2000, Microsoft_WinServer_WSOU000077740 - Microsoft_WinServer_WSOU000077741

- Windows Clustering Technologies, Cluster Service Architecture, Windows 2000 Server, Windows NT Server 4.0, 10/26/1999, Microsoft_WinServer_WSOU000077742 - Microsoft_WinServer_WSOU000077742

- Active Directory Glossary, Microsoft Windows 2000 Server, 07/20/1999, Microsoft_WinServer_WSOU000077743 - Microsoft_WinServer_WSOU000077751

- The FreeRadius Technical Guide, 2014, Microsoft_WinServer_WSOU000077752 - Microsoft_WinServer_WSOU000077809

- Photo of CD ROM Case Microsoft Windows NT Server, Microsoft_WinServer_WSOU000077810 - Microsoft_WinServer_WSOU000077811

- Photo of CD ROM Case Microsoft Windows NT Server, Microsoft_WinServer_WSOU000077812 - Microsoft_WinServer_WSOU000077813

- Instructions Microsoft Windows 2000 OEM preinstallation kit with SP3, Microsoft_WinServer_WSOU000077814 - Microsoft_WinServer_WSOU000077815

- Photo of Manual Cover for Microsoft Windows 2000 Server, Microsoft_WinServer_WSOU000077816 - Microsoft_WinServer_WSOU000077818

- Photo of Manual Cover for Microsoft Windows 2000 Server, Microsoft_WinServer_WSOU000077819 - Microsoft_WinServer_WSOU000077821

- Windows Desktop Software OPK Supplement Letter, 12/1/2002, Microsoft_WinServer_WSOU000077822 - Microsoft_WinServer_WSOU000077823

- Photo of CD ROM Case Microsoft Windows Advanced Server, Microsoft_WinServer_WSOU000077824 - Microsoft_WinServer_WSOU000077825

- Photo of CD ROM Case Microsoft Windows NT Server, Microsoft_WinServer_WSOU000077826 - Microsoft_WinServer_WSOU000077827

- Internet Authentication Service (Win2k Server Resource Kit), (2000) Microsoft_WinServer_WSOU000077971 - Microsoft_WinServer_WSOU000078013

- Internet Authentication Service, (2000) Microsoft_WinServer_WSOU000078014 - Microsoft_WinServer_WSOU000078126

- Network Load Balancing (Win2K Server Resource Kit), (2000) Microsoft_WinServer_WSOU000078127 - Microsoft_WinServer_WSOU000078143

- Network Load Balancing Parameters, (2000) Microsoft_WinServer_WSOU000078191 - Microsoft_WinServer_WSOU000078197

- Active Directory (Win2k Server Resource Kit), (2000) Microsoft_WinServer_WSOU000078198 - Microsoft_WinServer_WSOU000078545

- Radiator Radius Server, Installation and Reference Manual for Readiator version 2.18, 03/09/2001, Microsoft_WinServer_WSOU000099493 - Microsoft_WinServer_WSOU000099665

- A. DeKok, Internet-Draft, TLS-based EAP types and TLS 1.3 (07/29/2020), Microsoft_WinServer_WSOU000099666 - Microsoft_WinServer_WSOU000099677

- IETF Webpage, IETF Mission and Principles, 09/08/2021, https://www.ietf.org/about/mission/, Microsoft_WinServer_WSOU000099678 - Microsoft_WinServer_WSOU000099678

- Minor bug in radtest.c' – MARC, 08/25/1998, https://marc.info/?l=cistron-radius&m=94535232608475&w=2, Microsoft_WinServer_WSOU000099679 - Microsoft_WinServer_WSOU000099679

- B. Ghosh et al., JOURNAL OF COMPUTER AND SYSTEM SCIENCES 53, 357-370 (1996), ARTICLE NO. 0075, https://core.ac.uk/download/pdf/82282749.pdf, Microsoft_WinServer_WSOU000099680 - Microsoft_WinServer_WSOU000099693

- F. Naumann et al., Declarative Data Merging With Conflict Resolution, Proceedings of the Seventh Int'l Conference on Information Quality (ICIQ-02),

http://mitiq.mit.edu/ICIQ/Documents/IQ%20Conference%202002/Papers/Declara
tiveDataMergingWithConflictResolution.pdf, (2002)
Microsoft_WinServer_WSOU000099694 -
Microsoft_WinServer_WSOU000099706

- E. Pacitti et al., Preventive Multi-Master Replication in a Cluster of Autonomous
  Databases,
  https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.60.3718&rep=rep1&ty
  pe=pdf, (2003) Microsoft_WinServer_WSOU000099707 -
  Microsoft_WinServer_WSOU000099716

- E. Stokes et al., Drafts: Request for Comments:– 3384 Lightweight Directory
  Access Protocol, 10/2002, Microsoft_WinServer_WSOU000099717 -
  Microsoft_WinServer_WSOU000099747

- G. Zorn et al., RADIUS Attributes for Tunnel Protocol Support, Request for
  Comments: 2868, 06/2000, Microsoft_WinServer_WSOU000099748 -
  Microsoft_WinServer_WSOU000099767

- C. Rigney et al., RADIUS Extensions, Request for Comments: 2869, 06/2000,
  Microsoft_WinServer_WSOU000099768 -
  Microsoft_WinServer_WSOU000099814

- D. Nelson et al., Common Remote Authentication Dial in User Services (Radius)
  Implementation Issues and Suggested Fixes, Request for Comments: 5080, Dec.
  2007, Microsoft_WinServer_WSOU000099815 -
  Microsoft_WinServer_WSOU000099842

- D. Thaler et al., What Makes for a Successful Protocol?, Request for Comments:
  5218, 07/2008, Microsoft_WinServer_WSOU000099843 -
  Microsoft_WinServer_WSOU000099870

- A. DeKok, Use of Status-Server Packets in the Remote Authentication Dial In
  User Service (RADIUS) Protocol, Request for Comments: 5997, 08/2010,
  Microsoft_WinServer_WSOU000099871 -
  Microsoft_WinServer_WSOU000099894

- A. DeKok et al., RADIUS Design Guidelines, Request for Comments: 6158,
  03/2011, Microsoft_WinServer_WSOU000099895 -
  Microsoft_WinServer_WSOU000099932

- A. DeKok, RADIUS over TCP, Request for Comments: 6613, 05/2012,
  Microsoft_WinServer_WSOU000099933 -
  Microsoft_WinServer_WSOU000099948

- A. DeKok, et al., Remote Authentication Dial-In User Service (RADIUS)
  Protocol Extensions, Request for Comments: 6929, 04/2013,

Microsoft_WinServer_WSOU000099949 -
Microsoft_WinServer_WSOU000100016

- A. DeKok, Datagram Transport Layer Security (DTLS) as a Transport Layer for RADIUS, Request for Comments: 7360, 09/2014, Microsoft_WinServer_WSOU000100017 - Microsoft_WinServer_WSOU000100043

- A. Perez-Mendez et al., Support of Fragmentation of RADIUS Packets, Request for Comments: 7499, 04/2015, Microsoft_WinServer_WSOU000100044 - Microsoft_WinServer_WSOU000100081

- A. DeKok, The Network Access Identifier, Request for Comments: 7542, May 2015, Microsoft_WinServer_WSOU000100082 - Microsoft_WinServer_WSOU000100111

- A. DeKok, Data Types in RADIUS, Request for Comments: 8044, 01/2017, Microsoft_WinServer_WSOU000100112 - Microsoft_WinServer_WSOU000100146

- A. DeKok et al., Dynamic Authorization Proxying in the Remote Authentication Dial-In User Service (RADIUS) Protocol, Request for Comments: 8559, April 2019, Microsoft_WinServer_WSOU000100147 - Microsoft_WinServer_WSOU000100167

- H. Alvestrand, A Mission Statement for the IETF, Request Comments: 3935, 10/2004, Microsoft_WinServer_WSOU000100257 - Microsoft_WinServer_WSOU000100263

- C. Rigney et al., Remote Authentication Dial In User Service (RADIUS), Request for Comments: 2138, 04/1997, Microsoft_WinServer_WSOU000100264 - Microsoft_WinServer_WSOU000100328

- C. Rigney, RADIUS Accounting, Request for Comments: 2139, 04/1997, Microsoft_WinServer_WSOU000100329 - Microsoft_WinServer_WSOU000100353

- M. Chiba et al., Dynamic Authorization Extensions to Remote Authentication Dial In User Service (RADIUS), Request for Comments: 3576, 07/2003, Microsoft_WinServer_WSOU000100354 - Microsoft_WinServer_WSOU000100383

- B. Aboba et al., RADIUS (Remote Authentication Dial In User Service) Support For Extensible Authentication Protocol (EAP), Request for Comments: 3579, 09/2003, Microsoft_WinServer_WSOU000100384 - Microsoft_WinServer_WSOU000100429

- S. Winter et al., Transport Layer Security (TLS) Encryption for RADIUS, Request for Comments: 6614, 05/2012, Microsoft_WinServer_WSOU000100430 - Microsoft_WinServer_WSOU000100451

- B. Aboba et al., RADIUS and IPv6, Request for Comments: 3162, 08/2001, Microsoft_WinServer_WSOU000100452 - Microsoft_WinServer_WSOU000100463

- B. Aboba et al., Authentication, Authorization and Accounting (AAA) Transport Profile, Request for Comments: 3539, 06/2003, Microsoft_WinServer_WSOU000100464 - Microsoft_WinServer_WSOU000100504

- M. Chiba et al., Dynamic Authorization Extensions to Remote Authentication Dial In User Service (RADIUS), Request for Comments: 5176, 01/2008, Microsoft_WinServer_WSOU000100505 - Microsoft_WinServer_WSOU000100538

- T. Brisco, DNS Support for Load Balancing, Request for Comments: 1794, 04/1997, Microsoft_WinServer_WSOU000100539 - Microsoft_WinServer_WSOU000100545

- T. Li et al., Cisco Hot Standby Router Protocol (HSRP), Request for Comments: 2281, 03/1998, Microsoft_WinServer_WSOU000100546 - Microsoft_WinServer_WSOU000100562

- P. Srisuresh, Load Sharing using IP Network Address Translation (LSNAT), Request for Comments: 2391, 08/1998, Microsoft_WinServer_WSOU000100563 - Microsoft_WinServer_WSOU000100580

- L. Wells et al., Data Link Switching: Switch-to-Switch Protocol AIW DLSw RIG: DLSw Closed Pages, DLSw Standard Version 1.0, Request for Comments: 1795, 04/1995, Microsoft_WinServer_WSOU000100581 - Microsoft_WinServer_WSOU000100671

- B. Volz et al., DHC Load Balancing Algorithm, Request for Comments: 3074, 02/2001, Microsoft_WinServer_WSOU000100672 - Microsoft_WinServer_WSOU000100681

- A. Gulbrandsen et al., A DNS RR for specifying the location of services (DNS SRV), Request for Comments: 2052, 10/1996, Microsoft_WinServer_WSOU000100682 - Microsoft_WinServer_WSOU000100691

- M. Hamilton et al., Use of DNS Aliases for Network Services, Request for Comments: 2219, 10/1997, Microsoft_WinServer_WSOU000100692 - Microsoft_WinServer_WSOU000100699

- C. Kalbfleisch, Applicablity of Standards Track MIBs to Management of World Wide Web Servers, Request for Comments: 2039, 11/1996, Microsoft_WinServer_WSOU000100700 - Microsoft_WinServer_WSOU000100713

- Kurose & Ross 2001 – Kurose et al., Computer Networking: A Top-Down Approach Featuring the Internet (First Edition) (2001), Microsoft_WinServer_WSOU000100833 - Microsoft_WinServer_WSOU000101569

- Source Code Management Using CVS, 11/16/2000 http://web.mit.edu/1.124/LectureNotes/CVS.html, Microsoft_WinServer_WSOU000101570 - Microsoft_WinServer_WSOU000101574

- The History of Oracle, 04/08/2015, http://www.dba-oracle.com/t_history_oracle.htm, Microsoft_WinServer_WSOU000101575 - Microsoft_WinServer_WSOU000101582

- MySQL 5.7 Reference Manual, 17.1.1.1 Primary-Secondary Replication, 11/22/2021 https://dev.mysql.com/doc/refman/5.7/en/group-replication-primary-secondary-replication.html, Microsoft_WinServer_WSOU000101583 - Microsoft_WinServer_WSOU000101584

- Administration Guide, FortiGate/FortiOS 6.4.0, Fortinet Documentation Library, https://docs.fortinet.com/document/fortigate/6.4.0/administration-guide/766392/ssl-vpn-with-multiple-radius-servers, (2021) Microsoft_WinServer_WSOU000101585 - Microsoft_WinServer_WSOU000101593

- First release of rsync - rcp replacement, https://groups.google.com/g/comp.os.linux.announce/c/tZE1qtTcQaU/m/IF8GhGQ_uTsJ?pli=1, Microsoft_WinServer_WSOU000101604 - Microsoft_WinServer_WSOU000101604

- Help - HCL Informix V14.10 documentation, https://informix.hcldoc.com/14.10/help/index.jsp?topic=%2Fcom.ibm.admin.doc%2Fids_admin_0856.htm, Microsoft_WinServer_WSOU000101605 - Microsoft_WinServer_WSOU000101605

- How to configure a backup radius server and setup failover to an alternative authentication mechanism on the EX series ethernet series, 02/28/2020 https://kb.juniper.net/InfoCenter/index?page=content&id=KB15045&cat=EX3200_1&actp=LIST, Microsoft_WinServer_WSOU000101606 - Microsoft_WinServer_WSOU000101609

- "Re: [radext]j FW: New Version Notification for draft-henry-radext-stable-mac-identifier-00.txt," 11/18/2021, https://mailarchive.ietf.org/arch/browse/radext/, Microsoft_WinServer_WSOU000101610 - Microsoft_WinServer_WSOU000101610

- Databases, FreeRADIUS Documentation, https://networkradius.com/doc/3.0.10/concepts/introduction/databases.html, Microsoft_WinServer_WSOU000101611 - Microsoft_WinServer_WSOU000101611

- J. Langer, G. Larsson, CDMA2000-A World View, Ericsson Review No. 3, 2001, https://sites.pitt.edu/~dtipper/cdma_2000.pdf, Microsoft_WinServer_WSOU000101612 - Microsoft_WinServer_WSOU000101620

- Jeff Geerling, A brief history of SSH and remote access, 04/15/2014, https://www.jeffgeerling.com/blog/brief-history-ssh-and-remote-access, Microsoft_WinServer_WSOU000101621 - Microsoft_WinServer_WSOU000101624

- S. Pachev, Understanding MySQL Internals, Chapter 1. MySQL History and Architecture, https://www.oreilly.com/library/view/understanding-mysql-internals/0596009577/ch01.html, Microsoft_WinServer_WSOU000101625 - Microsoft_WinServer_WSOU000101651

- RADIUS authentication, https://www.websense.com/content/support/library/web/v81/wcg_help/radius.aspx, Microsoft_WinServer_WSOU000101652 - Microsoft_WinServer_WSOU000101654

- S. Willens et al., Remote Authentication Dial In User Services (RADIUS), Request for Comments 2058 Internet Draft (May 1994), https://datatracker.ietf.org/doc/html/draft-ietf-nasreq-radius-01, Microsoft_WinServer_WSOU000101655 - Microsoft_WinServer_WSOU000101691

- A. Brusilovsky et al., INAP Parameters for the SPIRITS Protocol, Internet Draft (July 12, 2001), https://datatracker.ietf.org/doc/html/draft-ietf-spirits-in-00, Microsoft_WinServer_WSOU000101692 - Microsoft_WinServer_WSOU000101774

- D. Waitman, A Standard for the Transmission of IP Datagrams on Avian Carriers, Request for Comments 1149 (April 1, 1990), https://datatracker.ietf.org/doc/html/rfc1149, Microsoft_WinServer_WSOU000101775 - Microsoft_WinServer_WSOU000101776

- T. Hiller et al., CDMA2000 Wireless Data Requirements for AAA, Request for Comments 3141 (June 2001), Microsoft_WinServer_WSOU000101847 - Microsoft_WinServer_WSOU000101862

- J. Postel et al., File Transfer Protocol (FTP), Request for Comments 959 (October 1985), https://datatracker.ietf.org/doc/html/rfc959, Microsoft_WinServer_WSOU000101863 - Microsoft_WinServer_WSOU000101931

- Oracle® Database Advanced Replication, 10g Release 1 (10.1), Part Number B10732-01 (Dec. 2003) (https://docs.oracle.com/cd/B12037_01/server.101/b10732.pdf), Microsoft_WinServer_WSOU000102735 - Microsoft_WinServer_WSOU000103076

- RADIUS Data Replication, https://community.rsa.com/t5/securid-authentication-manager/radius-data-replication/ta-p/568471, Microsoft_WinServer_WSOU000103077 - Microsoft_WinServer_WSOU000103079

- Data Replication Between Two Different or Remote SSR Clusters (Aug. 23, 2019) (excerpt from "Steel-Belted Radius Carrier 8.6.0 Administration and Configuration Guide"), https://www.juniper.net/documentation/en_US/sbr-carrier8.6.0/information-products/topic-collections/sbr-admin-guide-10/jd0e38420.html, Microsoft_WinServer_WSOU000103108 - Microsoft_WinServer_WSOU000103112

- Jonathan Hassell, RADIUS: Securing Public Access to Private Resources. O'Reilly Media (2003), Microsoft_WinServer_WSOU000103116 - Microsoft_WinServer_WSOU000103322

- Affidavit of Duncan Hall, with Internet Archive.Org, 11/08/2021, Microsoft_Azure_WSOU000092256 - Microsoft_Azure_WSOU000092258

- Exhibit A to Affidavit of Duncan Hall, with Internet Archive.Org, 11/08/2021, Microsoft_Azure_WSOU000091939 - Microsoft_Azure_WSOU000092232

- Exhibit B to Affidavit of Duncan Hall, with Internet Archive.Org, 11/08/2021, (TelORB.pps), Microsoft_Azure_WSOU000092233 - Microsoft_Azure_WSOU000092233

- Exhibit B.02 to Affidavit of Duncan Hall, with Internet Archive.Org, 11/08/2021, (rc22071.pdf), Microsoft_Azure_WSOU000092234 - Microsoft_Azure_WSOU000092255

- Source Code Printouts, MSFT_WSOU_WSRV_SC_PRT_00000001 - MSFT_WSOU_WSRV_SC_PRT_00000194

- Physical copy of media identified in DX-0052

- Physical copy of media identified in DX-0053

- Physical copy of media identified in DX-0054

- Physical copy of media identified in DX-0055

- Physical copy of media identified in DX-0056

- Physical copy of media identified in DX-1111

- Physical copy of media identified in DX-1112

- Physical copy of media identified in DX-1113

- Physical copy of media identified in DX-1114

- Physical copy of media identified in DX-1115

- Physical copy of manual identified in DX-1117

- Physical copy of manual identified in DX-1118

- Physical copy of manual identified in DX-1119

- Physical copy of media identified in DX-1227

- Physical copy of media identified in DX-1228

- Physical copy of manual identified in DX-1230

- Physical copy of manual identified in DX-1231

- Physical copy of media identified in DX-1233

- Physical copy of media identified in DX-1234

Subject to the above, Microsoft, without limitation, may rely on the following individuals as being a prior inventor, or as having knowledge of or as having previously used or offered for sale the claimed subject matter of one or more of the Patents-in-Suit:

- Bernard Aboba (contact through counsel for Microsoft) with respect to Microsoft Corporation's Windows 2000 Advanced Server and Microsoft Corporation's Internet Authentication Service.

- Alan DeKok (contact through counsel for Microsoft) with respect to Microsoft Corporation's Windows 2000 Advanced Server, Microsoft Corporation's Internet Authentication Service, and FreeRADIUS.

Microsoft also reserves the right to challenge the extension of a patent term or any portion thereof under 35 U.S.C. 154(b) should such challenge be deemed appropriate.  Microsoft reserves the right to amend or supplement this notice as appropriate or required.


DATED: May 20, 2022                              Respectfully submitted,

                                                 */s/ Richard M. Chen*
                                        _____

                                                 Melissa R. Smith, Bar No. 24001351
                                                 melissa@gillamsmithlaw.com
                                                 James "Travis" Underwood, Bar No.
                                                 24102587
                                                 travis@gillamsmithlaw.com
                                                 **GILLAM & SMITH, LLP**
                                                 303 South Washington Avenue
                                                 Marshall, Texas 75670
                                                 Tel: (903) 934-8450
                                                 Fax: (903) 934-9257

                                                 Michael J. Bettinger
                                                 mbettinger@sidley.com
                                                 Irene Yang
                                                 irene.yang@sidley.com
                                                 Brooke S. Boll
                                                 brooke.boll@sidley.com
                                                 **SIDLEY AUSTIN LLP**
                                                 555 California Street, Suite 2000
                                                 San Francisco, CA 94104
                                                 Tel: (415) 772-1200
                                                 Fax: (415) 772-7400

Richard A. Cederoth
rcederoth@sidley.com
John W. McBride
jwmcbride@sidley.com
Richard M. Chen
rchen@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

***ATTORNEYS FOR MICROSOFT CORPORATION***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 20, 2022 that this document was filed with the Clerk of Court via the Court's CM/ECF system which provides notice of this filing to all counsel of record.

DATED: May 20, 2022                    <u>/s/ *Richard M. Chen*</u>

Richard M. Chen
rchen@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

***ATTORNEY FOR MICROSOFT
CORPORATION***