**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC d/b/a BRAZOS LICENSNG AND DEVELOPMENT,** § § § | | |
| *Plaintiff,* § | **CASE NO. 6:20-CV-00454-ADA** | |
| § | **CASE NO. 6:20-CV-00461-ADA** | |
| -vs- § | **CASE NO. 6:20-CV-00465-ADA** | |
| § § | | |
| **MICROSOFT CORPORATION,** § | | |
| *Defendant.* § | | |

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Jeffrey C. Manske at **1:30 p.m., Thursday, June 16, 2022.** The conference will be conducted by video at https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09 and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for **9:00 a.m., Tuesday, June 21, 2022** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave., Waco, TX.

**SIGNED this 7th day of June, 2022**.

*[signature: Jeffrey C. Manske]*
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE