**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | CASE NO. 6:20-CV-00454-ADA<br>CASE NO. 6:20-CV-00455-ADA<br>CASE NO. 6:20-CV-00456-ADA<br>CASE NO. 6:20-CV-00457-ADA |
| Plaintiff, | CASE NO. 6:20-CV-00458-ADA |
| v. | CASE NO. 6:20-CV-00459-ADA<br>CASE NO. 6:20-CV-00460-ADA |
| MICROSOFT CORPORATION, | CASE NO. 6:20-CV-00461-ADA<br>CASE NO. 6:20-CV-00462-ADA |
| Defendant. | CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br>CASE NO. 6:20-CV-00465-ADA |
| | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CASES

The Court, having considered the Joint Stipulation of Dismissal of Case Nos. 6:20-cv-00454-ADA, 6:20-cv-00457-ADA, 6:20-cv-00460-ADA, 6:20-cv-00461-ADA, 6:20-cv-00463-ADA, 6:20-cv-00464-ADA, and 6:20-cv-00465-ADA is of the opinion that said Stipulation should be **GRANTED.**   Each party shall bear its own costs, expenses, and attorneys' fees in Case Nos. 6:20-cv-00454-ADA, 6:20-cv-00455-ADA, 6:20-cv-00456-ADA, 6:20-cv-00457-ADA, 6:20-cv-00458-ADA, 6:20-cv-00459-ADA, 6:20-cv-00460-ADA, 6:20-cv-00461-ADA, 6:20-cv-00462-ADA, 6:20-cv-00463-ADA, 6:20-cv-00464-ADA, and 6:20-cv-00465-ADA.

IT IS SO ORDERED this 21st day of July, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE